UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    v.

ONE OR MORE UNKNOWN PURCHASERS
OF CALL OPTIONS FOR THE COMMON
(PAC) STOCK OF DRS TECHNOLOGIES,
INC. D AMERICAN POWER CONVERSION
CORP.,

        Defendant.

Civil Action

**08 CIV 6609**

---

### PLAINTIFF SEC'S NOTICE OF MOTION FOR ADMISSION OF ATTORNEY JEFFERY T. INFELISE *PRO HAC VICE*

PLEASE TAKE NOTICE that the plaintiff, Securities and Exchange Commission, will move before the Court under Local Civil Rule 1.3(c), at such time and place as the Court sets, for an order admitting Jeffery T. Infelise *pro hac vice*.

Dated: July 25, 2008.

*/s/ Richard E. Simpson*
Richard E. Simpson (RS5859)
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, D.C. 20549-4030
202-551-4476
202-772- 9245 (FAX)
simpsonr@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE : 
COMMISSION, :
:
Plaintiff, :
:
v. :  Civil Action _____
:
ONE OR MORE UNKNOWN PURCHASERS :
OF CALL OPTIONS FOR THE COMMON :
(PAC) STOCK OF DRS TECHNOLOGIES, :
INC. D AMERICAN POWER CONVERSION :
CORP., :
:
Defendant. :

---

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Richard E. Simpson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Applicant's name: Jeffery T. Infelise
Firm Name: U.S. Securities and Exchange Commission
Address: 100 F Street, N.E.
City/State/Zip: Washington, D.C. 20549-4010
Phone Number: 202-551-4904
Fax Number: 202-722-9362

Jeffery T. Infelise is a member in good standing of the Bar of the District of Columbia and the State of California. There are no pending disciplinary proceedings against Jeffery T. Infelise in any State or Federal Court.

                     Respectfully submitted,

                     */s/ Richard E. Simpson*
                     Richard E. Simpson (RS5859)
                     SECURITIES AND EXCHANGE COMMISSION
                     100 F Street N.E.
                     Washington, D.C. 20549-4030
                     202-551-4476
                     202-772-9245 (FAX)
                     simpsonr@sec.gov

July 25, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ONE OR MORE UNKNOWN PURCHASERS : <br> OF CALL OPTIONS FOR THE COMMON : <br> (PAC) STOCK OF DRS TECHNOLOGIES, : <br> INC. D AMERICAN POWER CONVERSION : <br> CORP., : <br> : <br> Defendant. : <br> : | Civil Action _____ |

---

### BRIEF IN SUPPORT OF PLAINTIFF SEC'S MOTION FOR ADMISSION OF ATTORNEY JEFFERY T. INFELISE *PRO HAC VICE*

The plaintiff, the Securities and Exchange Commission ("Commission"), has moved for an order admitting its attorney, Jeffery T. Infelise, *pro hac vice* under Local Civil Rule 1.3(c), so that he may serve as counsel in this case. In support of this motion, we state the following:

1. Mr. Infelise is a member of the District of Columbia bar. He was admitted to the bar of the District of Columbia on December 23, 1997. Ex. A to Simpson Declaration.

2. He is an active member in good standing in the District of Columbia. *See* Ex. A to Simpson Declaration.

3. Mr. Infelise is an inactive member in good standing in California. However, because of the need to file the subject case immediately, he has not yet received a certificate of good standing from California. Upon receipt, this certificate will

immediately be provided to the Court. Mr. Infelise has never been sanctioned by any court, or disciplined by any bar for any reason. Simpson Decl., ¶ 4.

4. The Commission has assigned Mr. Infelise to the above-captioned case, and desires that he be permitted to appear in this Court to represent the Commission's interests. *Id.*

Accordingly, we ask that the motion for Mr. Infelise's admission *pro hac vice* be granted.

Dated: July 25, 2008

*Richard E. Simpson*
Richard E. Simpson (RS5859)
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, D.C. 20549-4030
202-551-4476
202-772-9245 (FAX)
simpsonr@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE : 
COMMISSION, :
:
Plaintiff, :
:
v. : Civil Action _____
:
ONE OR MORE UNKNOWN PURCHASERS :
OF CALL OPTIONS FOR THE COMMON :
(PAC) STOCK OF DRS TECHNOLOGIES, :
INC. D AMERICAN POWER CONVERSION :
CORP., :
:
Defendant. :
:

---

### AFFIDAVIT OF RICHARD E. SIMPSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

RICHARD E. SIMPSON declares as follows:

1. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffery T. Infelise as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and also admitted to the bar of the United States District Court for Southern District of New York, and am in good standing with this Court.

3. I have known Jeffery T. Infelise since February 2007. He is a member in good standing of the Bar of the District of Columbia. Exhibit A. He is also an inactive member in good standing of the Bar of the State of California. However, because of the need to file the subject case immediately, he has not yet received a

certificate of good standing from California. Upon receipt it will immediately be provided to the Court.

4. Mr. Infelise has never been sanctioned by any court, or disciplined by any bar for any reason.

5. Mr. Infelise is employed as an Assistant Chief Litigation Counsel by the Securities and Exchange Commission.

6. I have found Mr. Infelise to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admission of Jeffery T. Infelise, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Jeffery T. Infelise, pro hac vice, which is attached as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

*Richard E. Simpson*
Richard E. Simpson (RS5859)
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, D.C. 20549-4030
202-551-4476
202-772-9245 (FAX)
simpsonr@sec.gov

Executed: Washington, D.C.
July 25, 2008

2

# EXHIBIT A



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JEFFERY T. INFELISE

was on the 23RD day of DECEMBER, 1997 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 24, 2008.

GARLAND PINKSTON, JR., CLERK

By: *[signature]*
Deputy Clerk

# EXHIBIT B

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

    v.            Civil Action _____

ONE OR MORE UNKNOWN PURCHASERS
OF CALL OPTIONS FOR THE COMMON
(PAC) STOCK OF DRS TECHNOLOGIES,
INC. D AMERICAN POWER CONVERSION
CORP.,

      Defendant.

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN NOTICE

Upon the motion of Richard E. Simpson, attorney for Plaintiff, the Securities and Exchange Commission, and said sponsoring attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's name: | Jeffery T. Infelise |
| Firm Name: | U.S. Securities and Exchange Commission |
| Address: | 100 F Street, N.E. |
| City/State/Zip: | Washington, D.C. 20549-4010 |
| Phone Number: | 202-551-4904 |
| Fax Number: | 202-722-9362 |

Is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 7/25/08

_____
United States District Judge

Part I