UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No._____ |
| | : | |
| ONE OR MORE UNKNOWN PURCHASERS OF CALL OPTIONS FOR THE COMMON STOCK OF DRS TECHNOLOGIES, INC. AND AMERICAN POWER CONVERSION CORP., | : | |
| | : | |
| Defendant. | : | |

## DECLARATION OF KEVIN GUERRERO

I, Kevin Guerrero, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member in good standing of the Arizona and Ohio State Bars and make this declaration on my own personal knowledge and information based upon my involvement as one of the attorneys for Plaintiff, United States Securities and Exchange Commission ("Commission"), in the matter captioned above. I am a Senior Counsel with the Commission and, as part of my daily activities, I investigate possible violations of the federal securities laws.

2.      I submit this Declaration in support of the Commission's Application for an *Ex Parte* Temporary Restraining Order, an Order Freezing Assets, and Other Emergency Relief.

3.      The Commission began this investigation concerning suspicious trading in the securities of DRS Technologies, Inc. ("DRS") on Friday, May 9, 2008, and continues to investigate this matter. During the course of this investigation, I have been an attorney working

on the matter.  The facts set forth herein are based upon my personal knowledge or upon information contained in the files of the Commission.

4.      On May 8, 2008 the Wall Street Journal reported that Finmeccanica S.p.A. ("Finmeccanica"), an Italian aerospace and defense company, was in advanced negotiations to acquire DRS, a defense company headquartered in New Jersey.  While the Journal provided no details on the terms, it stated that the offer could be at a greater than 25 percent premium over DRS's closing price of $63.74 the previous day.    [See the May 8, 2008 Wall Street Journal article attached hereto as Exhibit 1.]

5.      At 9:57 am EST that same day DRS issued a statement, through Business Wire, that it was "engaged in discussions contemplating a potential strategic transaction involving the company," and that there was no assurance that any agreement would be reached.  [See DRS Press Release and Business Wire article, both dated May 8, 2008, attached hereto as Exhibit 2.]

6.      Finmeccanica announced on May 12, 2008 that it would acquire DRS for $5.2 billion, or $81 a share.  [See DRS Press Release, dated May 12, 2008, attached hereto as Exhibit 3.]

7.      DRS's General Counsel's Office informed the staff on May 13, 2008 that all individuals and entities involved in negotiation of the DRS-Finmeccanica deal had been advised that all information relating to the potential acquisition was confidential, nonpublic information.

8.      Outside counsel to Finmeccanica informed the staff on May 22, 2008 that all individuals and entities involved in negotiation of the DRS-Finmeccanica deal had been advised that all information relating to the potential acquisition was confidential, nonpublic information.

9.      At the close of trading on May 8th, the price of DRS common stock was up 15.9% from the previous day, at $73.89, on volume of 8,572,800 shares, compared with an

average daily volume over the past three months of 738,948 shares. DRS stock had traded between $44.11 and $65 during the 52 weeks prior to the May 8th announcement.

10.    In the weeks prior to the Wall Street Journal publication on May 8, 2008, no major news organization reported either advanced discussions of an acquisition of DRS by Finmeccanica or speculation that DRS was a takeover target. Furthermore, during this time, the Commission is unaware of any article or indication of these negotiations available on the Internet or otherwise.

11.    Headquartered in Parsippany, New Jersey, DRS is a Delaware corporation that supplies integrated products, services, and support to military forces, government agencies, and prime contractors worldwide. Shares of DRS common stock trade on the New York Stock Exchange under the ticker symbol "DRS." Options for the purchase or sale of DRS common stock trade on the Chicago Board Options Exchange, the Philadelphia Stock Exchange, the International Securities Exchange, and the NYSE Arca. DRS's common stock is registered with the Commission pursuant to 12(b) of the Securities Exchange Act of 1934 ("Exchange Act").

12.    Finmeccanica, which is headquartered in Rome, Italy, designs and manufactures, among other things, helicopters, civil and military aircraft, satellites, missiles, and defense electronics. Shares of Finmeccanica are listed on the Milan Exchange and are quoted on the "Pink Sheets" in the United States under the ticker symbol "FINMF.PK."

13.    One or more unknown purchasers (the "Unknown Purchaser") executed trades in DRS call options through an omnibus account identified as UBSL A/C Exchange Traded Derivative Account # 452-6020300 ("UBS Omnibus Account") and maintained by UBS AG of Zurich, Switzerland ("UBS"). The trades were executed by UBS Securities LLC ("UBS Securities"), a U.S.-based broker dealer and subsidiary of UBS.

14.    On April 29, 2008, the price of a share of DRS common stock reached a high of $62.45 and closed at $61. On that same day, Unknown Purchaser bought 550 DRS call options due to expire in June 2008 with a strike price of $65, and, therefore, on the date they were purchased, the DRS options were not in-the-money. Unknown Purchaser's purchase of DRS call options on April 29, 2008, represented 58.15 percent of the trading volume on that date for options in that series. [See Relevant Pages of UBS Omnibus Account April 2008 Statement, attached hereto as Exhibit 4.]

15.    On May 5, 2008, the price of a share of DRS common stock reached a high of $64.81 and closed at $63.73. On that same day, Unknown Purchaser bought 170 DRS call options due to expire in June 2008 with a strike price of $70, and, therefore, on the date they were purchased, the DRS options were not in-the-money. Unknown Purchaser's purchase of DRS call options on May 5, 2008, represented 15.7 percent of the trading volume on that date for options in that series. [See Relevant Pages of UBS Omnibus Account May 2008 Statement, attached hereto as Exhibit 5.]

16.    On May 6, 2008, the price of a share of DRS common stock reached a high of $63.99 and closed at $63.07. On that same day, Unknown Purchaser bought 170 DRS call options due to expire in June 2008 with a strike price of $70, and, therefore, on the date they were purchased, the DRS options were not in-the-money. Unknown Purchaser's purchase of DRS call options on May 6, 2008, represented 100 percent of the trading volume on that date for options in that series. [See Ex. 5.]

17.    On May 7, 2008, the price of a share of DRS common stock reached a high of $64.41 and closed at $63.74. On that same day, Unknown Purchaser bought 930 DRS call options due to expire in June 2008 with a strike price of $65, and, therefore, on the date they

4

were purchased, the DRS options were not in-the-money. Unknown Purchaser's purchase of DRS call options on May 7, 2008, represented 53.1 percent of the trading volume on that date for options in that series. [See Ex. 5.]

18.    Between April 29, 2008 and May 7, 2008, the Unknown Purchaser bought 1,820 DRS call options that were out-of-the-money at the time the respective purchases were made in amounts ranging from $1.26 to $6.93 on the various trading days, and which were set to expire in the near term.  In sum, the call options cost slightly more than $456,200.  These purchases constituted a very significant percentage of the series volume for DRS call options on the days in question (see chart below).

| Trade Date | B/S | Option Series | Exercise Price | Quantity | Option Premium | | Cost | Sale Proceeds | Profit | Purchases as Percent of Series Volume |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2008 | B | Jun-08 | $65 | 550 | 1.7 | | $93,500.00 | | | 58.15% |
| 5/13/2008 | S | Jun-08 | $65 | -550 | 12.3 | * | | -$665,880.00 | $572,380.00 | |
| | | | | | | | | | | |
| 5/5/2008 | B | Jun-08 | $70 | 170 | 1.2 | | $20,400.00 | | | 15.70% |
| 5/6/2008 | B | Jun-08 | $70 | 170 | 1.2 | | $20,400.00 | | | 100.00% |
| 5/9/2008 | S | Jun-08 | $70 | -340 | 5.8 | | | -$197,200.00 | $156,400.00 | |
| | | | | | | | | | | |
| 5/7/2008 | B | Jun-08 | $65 | 930 | 3.46129 | * | $321,900.00 | | | 53.10% |
| 5/13/2008 | S | Jun-08 | $65 | -380 | 12.2979 | * | | -$467,320.00 | | |
| 6/23/2008 | S | Jun-08 | $65 | -550 | 13.8775 | * | | -$763,260.00 | $908,680.00 | |
| | | | | | | | | | | |
| Totals | | | | | | | $456,200.00 | -$2,093,660.00 | $1,637,460.00 | |
| * - denotes average price | | | | | | | | | | |

19.    Following the May 8th disclosure, the Unknown Purchaser(s) liquidated the entire DRS call option position and realized a total profit of approximately $1.6 million. [See Ex. 5 and Relevant Pages of UBS Omnibus Account June 2008 Statement, attached hereto as Exhibit 6.]

WHEREFORE, the Commission requests the Clerk of this Court issue the attached certificate of default against Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kevin Guerrero

Executed on July 24, 2008
Washington, D.C.

# Exhibit 1



# MARKETPLACE

© Copyright 2008 Dow Jones & Company, All Rights Reserved

**THE WALL STREET JOURNAL.**

Thursday, May 8, 2008

Ballmer's New Pal
May Be Facebook ·· B4

Will Sputtik Help
BP's Global Goal? · B3

MEDIA & MARKETING · B10

Huawei to Bidders:
A China-Tech Play

WSJ.COM/TECHNOLOGY · B8

B1

## Italy's Finmeccanica in Talks with U.S. Defense Firm

### Deal for DRS Technologies Would Give Europeans More Edge in Biggest Market

BY MATTHEW KARNITSCHNIG,
DENNIS K. BERMAN
AND AUGUST COLE

ITALIAN AEROSPACE and defense company Finmeccanica SpA is in advanced talks to purchase New Jersey defense company DRS Technologies Inc., according to people familiar with the matter.

The deal would be a hefty addition for Finmeccanica, which has a range of interests, building everything from aircraft and missiles to underwater defense systems and air-traffic-control networks.

Exact details of the offer could not be learned Wednesday, but the price is expected to be a significant premium to DRS's closing price, likely

#### No Limits
◆ Defense firms face huge opportunities beyond the U.S., safeguarding borders abroad ........... B7

greater than 25%. Its shares sold for $63.74, up 67 cents, in 4 p.m. composite trading Wednesday on the New York

Stock Exchange. DRS has a market capitalization of about $2.6 billion.

The deal would be the latest strategic move by European aerospace and defense companies maneuvering for better footholds in the world's biggest defense market. It also would be a big national-security test for U.S. regulators, given the Italian government's roughly one-third ownership of Finmeccanica.

DRS is a major supplier to the U.S. military, which uses its equipment in such areas as its Aegis destroyer and Abrams tank. Law-enforcement agencies and the U.S. Department of Homeland Security also use its technologies.

The company was founded in

#### Strategic Target
DRS Technologies shares
Wednesday's close: $63.74
52-week change up 21.6%



Source: WSJ Market Data Group

1968 by two former Loral Corp. engineers. Through dozens of acquisitions, it has grown into a major aerospace supplier, with revenue of $2.82 billion last year.

Last month, DRS landed a big deal when it won a U.S. Army contract to provide Jordan with border-security systems, a milestone for the company in the Middle east.

Other European defense giants count U.S.-focused operations, including European Aeronautic Defense & Space Co. and BAE Systems PLC, which also have recently made significant U.S. acquisitions.

Already, Finmeccanica is involved in high-profile defense contracts, including providing helicopters to Lockheed Martin Corp. as part of a contract to replace the president's fleet. Finmeccanica is supplying a cargo plane to the U.S. Army and Air Force as part of a

contract led by L-3 Communications Holdings Inc.

In 2005, BAE's U.S.-based division bought armored-vehicle maker United Defense Industries for about $4 billion. It followed up by buying Armor Holdings, another maker of armored vehicles, for $4.5 billion in 2007.

Last month, EADS North America bought an emergency-response-systems company called PlantCML for $350 million.

Some lawmakers have set their sights on EADS after Northrop Grumman Corp. beat out Boeing Co. for a $40 billion Air Force jet contract. Northrop plans to bring Airbus jetliners to the U.S. and convert them into aerial-refueling tankers.

## Sony's Newest Display Is a Culture Shift

### A Low-Cost TV Shows the Way To Better Profits

novative products and services. The ability of the consumer-electronics unit—which makes up 70% of Sony's total sales—to collaborate will be key in his quest to

ways. "I came back feeling like I had gone around the world, but at Sony, people were still in the same office, in their same position, doing the same thing as

Their answer: The no-frills Bravia M series sets had much of the look and feel of a Sony but don't have the resolution of a full high-definition TV set. They also

"Sony is starting to have a huge uptake at stores like Wal-Mart and Sears," says Riddhi Patel, an industry analyst at market watcher [Sup-

## Oil Firms Settle Claims In MTBE Leak Cases

# Exhibit 2

DRS Technologies, Inc. - General News Release

# DRS
SEC TECHNOLOGIES

Working together
we'll get it done

| Home | Corporate Info | Products | Investor Info | News | Facilities | Careers | Contact Us | SEARCH |

INVESTOR INFO

Performance

SEC Filings

Financials

## General News Release

📄 View printer-friendly version | ✉ E-mail this page | 📶 RSS Feeds | 📧 Receive E-mail Alerts

<< Back

**DRS Technologies Issues Statement**

PARSIPPANY, N.J.--(BUSINESS WIRE)--May 8, 2008--DRS Technologies, Inc. (NYSE: DRS) today said in a statement that it is engaged in discussions contemplating a potential strategic transaction involving the company. There is no assurance that any agreement will be reached, and the company will have no further comment at this time.

DRS Technologies, headquartered in Parsippany, New Jersey, is a leading supplier of integrated products, services and support to military forces, government agencies and prime contractors worldwide. The company employs approximately 10,000 people.

For more information about DRS Technologies, please visit the company's web site at www.drs.com.

SAFE HARBOR STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995: This press release contains forward-looking statements, within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, that are based on management's beliefs and assumptions, current expectations, estimates and projections. Such statements, including statements relating to DRS Technologies' expectations for future financial performance, are not considered historical facts and are considered forward-looking statements under the federal securities laws. These statements may contain words such as "may," "will," "intend," "plan," "project," "expect," "anticipate," "could," "should," "would," "believe," "estimate," "contemplate," "possible" or similar expressions. These statements are not guarantees of the Company's future performance and are subject to risks, uncertainties and other important factors that could cause actual performance or achievements to differ materially from those expressed or implied by these forward-looking statements and include, without limitation, demand and competition for the Company's products and other risks or uncertainties detailed in the Company's Securities and Exchange Commission filings. Given these uncertainties, you should not rely on forward looking statements. Such forward-looking statements speak only as of the date on which they were made, and the Company undertakes no obligations to update any forward-looking statements, whether as a result of new information, future events or otherwise.

CONTACT: DRS Technologies, Inc.
Richard M. Goldberg, 973-461-3564
Vice President, Public Affairs
goldberg@drs.com
or
Patricia M. Williamson, 973-898-6025
Vice President, Investor Relations
p.williamson@drs.com

SOURCE: DRS Technologies, Inc.

http://ir.drs.com/phoenix.zhtml?c=114223&p=irol-newsArticle&ID=1142233&highlight= (1 of 2) 5/14/2008 6:26:44 PM

DIVISION
EXHIBIT
2

# Exhibit 3

Yahoo! My Yahoo! Mail   Make Y! your home page

Search:

**YAHOO! FINANCE**   Sign In
New User? Sign Up

Finance Home - Help

GET QUOTES   Finance Search

☒ $7 TRADES!   ☒ Click Here!

**Press Release**   Source: Finmeccanica

# Finmecçanica to Acquire DRS for US$5.2 billion (euro 3.4 billion)

Monday May 12, 9:10 pm ET

### Creates a New Leading Player in Defense Electronics with Balanced Global Presence

ROME and PARSIPPANY, N.J., May 12 /PRNewswire/ -- Finmecanica, S.p.A. (Milan: FNC), a world leader in the supply of electronics equipment and defense and security systems and services, and DRS Technologies, Inc. (NYSE: DRS - News), a leading supplier of integrated defense electronics products, services and support, today announced that they have signed a definitive merger agreement under which Finmeccanica will acquire 100% of DRS stock for US$81 per share in cash. The transaction allows Finmeccanica to consolidate its international role as a key supplier of integrated systems for defense and security, entering the U.S. market as a key player. It further allows DRS to seek new business opportunities in the U.S. and abroad.

ADVERTISEMENT   The transaction, valued at approximately US$5.2 billion (euro 3.4 billion), inclusive of approximately $1.2 billion in net debt, following the conversion of DRS' convertible notes, represents a premium of 27 percent to DRS' closing share price on May 7, 2008; it is also a 32 percent premium over DRS' thirty-day average stock price traded on the NYSE.

The Boards of Directors of Finmeccanica and DRS have each approved the terms of the agreement.

DRS will operate as a wholly-owned subsidiary, maintaining its current management and headquarters. As is customary in this type of transaction, DRS and Finmeccanica will comply with all national security requirements and will propose to the Defense Security Service (DSS) that the company operate under a Special Security Agreement (SSA), with its own board of directors comprised predominantly of U.S. citizens holding security clearances and a government security committee. With increased business opportunities that will arise following the transaction, it is expected that DRS will expand its overall employment base.

"Today's transaction is a perfect fit; the complementary technologies and platforms will establish a new competitive player in defense and security markets in the U.S. and around the world," said Pier Francesco Guarguaglini, chairman and chief executive officer of Finmeccanica. "The merger furthers Finmeccanica's tradition of investing in the U.S. and supporting the American warfighter with superior technology and value."

"DRS' dramatic growth over the past five years and the premium provided through this acquisition will provide attractive returns for our stockholders," said Mark S. Newman, chairman of the board, president and chief executive officer of DRS. "This investment in DRS - with an increased emphasis on research and development - will mean the combined company will be

able to compete for and win additional contracts around the world, accelerating growth and expanding opportunities at our facilities in the U.S."

For DRS, the combination with Finmeccanica will enable an American company and brand to better compete in the global military and security market. The transaction will help the new company to bid and win larger-scale projects in the U.S. and abroad.

For Finmeccanica, the transaction will boost its existing position as a top-tier competitor, enabling it to enhance the product and service solutions it provides to its customers. Finmeccanica's platforms and areas of expertise (helicopters; defense electronics and security; aeronautics; space; defense systems; energy; and transportation) wholly complement DRS' growing market penetration by its four primary business segments: Command, Control, Communications, Computers & Intelligence (C4I); Reconnaissance, Surveillance & Target Acquisition (RSTA); Sustainment Systems; and Technical Services.

Finmeccanica and its subsidiaries in Pennsylvania, New York, Texas, California, New Jersey, Kansas, Virginia, North and South Carolina have a rich history in the U.S., including its work for the U.S. government on programs such as the VH-71 presidential helicopter and the C-27J joint cargo aircraft. DRS will lead Finmeccanica's defense electronics efforts in the U.S. after the transaction closes.

Financing for the acquisition will be structured so as to preserve a solid capital structure, guarantee adequate financial flexibility to further support growth and deliver value creation to Finmeccanica's shareholders.

Finmeccanica will fund the acquisition with a Syndicated Loan Facility to be taken out by a combination of equity issuance, long-term debt issuance, and divestitures of its assets. Among these will be an IPO of AnsaldoEnergia. Terms and conditions will be determined upon completion of the transaction.

The transaction is subject to approval by the stockholders of DRS, the receipt of regulatory approvals and other closing conditions, including review by U.S. Antitrust Authorities, the Committee on Foreign Investment in the United States (CFIUS) and the Defense Security Service (DSS). The transaction is expected to close by the fourth quarter of 2008.

Goldman Sachs International, IntesaSanPaolo S.p.A., Mediobanca-Banca di Credito Finanziario S.p.A. and Unicredit Group are serving as Bookrunners and Mandated Lead Arrangers of the Syndicated Loan Facility. Sullivan & Cromwell LLP is acting as legal advisor to Finmeccanica in connection with the Syndicated Loan Facility. Linklaters and Legance are acting as legal advisors to the banks.

Lehman Brothers Holdings Inc. is serving as financial advisor to Finmeccanica, with Goldman Sachs International and Mediobanca providing a fairness opinion. Arnold & Porter LLP is serving as legal advisor to Finmeccanica. Bear Stearns & Co. Inc. and Merrill Lynch & Co. are serving as financial advisors to DRS and rendered fairness opinions to the DRS board of directors. DRS' legal advisors are Skadden, Arps, Slate, Meagher & Flom LLP.

European Presentation to the market/Webcast Information

Finmeccanica will hold a presentation in London on Tuesday, May 13, 2008 at 12:00pm (UK time) at the Mandarin Oriental Hyde Park, London. The presentation is also available via live webcast at www.finmeccanica.com, under Investor Relations section, and via conference call. To access the conference call please dial the following number:

```
For analysts and investors:

UK dial in number        0207 070 5449
Italian dial in number   02 303509162
U.S. dial in number      1 866 432 7186
```

For press:

| | |
|---|---|
| UK dial in number | 0208 322 2048 |
| Italian dial in number | 02 30412069 |

### About Finmeccanica

Headquartered in Italy, Finmeccanica is a leading global high-tech company with core competencies in the design and manufacture of helicopters, civil and military aircraft, aero structures, satellites, space infrastructure, missiles and defense electronics and security. The company is listed on the Milan stock exchange and operates throughout the world. It employs more than 60,000 people worldwide and 10,000 in the United Kingdom. For more information about Finmeccanica visit www.finmeccanica.com.

### About Finmeccanica in North America

In North America, Finmeccanica employs more than 2,100 employees at 32 sites across the country through its subsidiaries: AnsaldoBreda; Ansaldo STS; Ansaldo Energia; Thales Alenia Space; MBDA; Alenia North America; Bell Agusta Aerospace; SELEX Systemi Integrati; SELEX Galileo; SELEX Communications; Global Military Aircraft Systems; Global Aeronautica; Telespazio North America; OTO Melara North America; and Elsag North America. Whether flying the President, transporting troops and cargo, securing the borders, tracing criminals, enhancing the Navy's capabilities, Finmeccanica products ensure safety and security in the United States.

### About DRS

DRS, headquartered in Parsippany, N.J., is a leading supplier of integrated products, services and support to military forces, government agencies and prime contractors worldwide. The company employs approximately 10,000 people and in FY2007 generated revenues of US$2,821 mln. For more information about DRS, please visit the company's web site at www.drs.com.

ADDITIONAL INFORMATION ABOUT THE MERGER AND WHERE TO FIND IT: DRS intends to file with the U.S. Securities and Exchange Commission a proxy statement to stockholders of DRS and other relevant documents in connection with the proposed transaction. INVESTORS AND SECURITY HOLDERS OF DRS ARE URGED TO READ THE PROXY STATEMENT AND OTHER RELEVANT MATERIALS IF AND WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT FINMECCANICA, DRS AND THE PROPOSED TRANSACTION. Investors and security holders may obtain a free copy of these materials (when they are available) and other documents filed with the U.S. Securities and Exchange Commission at the U.S. Securities and Exchange Commission's web site at http://www.sec.gov. A free copy of the proxy statement, when it becomes available, also may be obtained from DRS, [address], Attn: Investor Relations. Investors and security holders may access copies of the documents filed with the U.S. Securities and Exchange Commission by DRS on its web site at http://ir.DRS.com.

PARTICIPANTS IN SOLICITATION: Finmeccanica, DRS and their respective executive officers and directors may be deemed to be participants in the solicitation of proxies from their respective stockholders with respect to the proposed transaction. Information regarding DRS' directors and executive officers is available in its proxy statement filed with the U.S. Securities and Exchange Commission by DRS on July 3, 2007. Other information regarding the participants in the proxy solicitation and a description of their direct and indirect interests, by security holdings or otherwise, will be contained the proxy statement and other relevant materials to be filed with the U.S. Securities and Exchange Commission when they become available.

This communication shall not constitute an offer to sell or the solicitation of an offer to buy any securities, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. This communication is not an offer for sale of any securities in the United States. Securities may not be offered or sold in the United States absent registration or an

Case 1:08-cv-06609-DR Document 6-4 Filed 07/31/2008 Page 5 of 5

exemption from registration under the U.S. Securities Act of 1933, as amended, and the rules and regulations thereunder. Finmeccanica has not registered and does not intend to register any portion of any offering of securities in the United States or to conduct a public offering of any securities in the United States.

SAFE HARBOR STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995: This press release contains forward-looking statements, within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, that are based on management's beliefs and assumptions, current expectations, estimates and projections. Such statements, including statements relating to the combined Company's expectations for future financial performance, are not considered historical facts and are considered forward-looking statements under the federal securities laws. These statements may contain words such as "may," "will," "intend," "plan," "project," "expect," "anticipate," "could," "should," "would," "believe," "estimate," "contemplate," "possible" or similar expressions. These statements are not guarantees of the Company's future performance and are subject to risks, uncertainties and other important factors that could cause actual performance or achievements to differ materially from those expressed or implied by these forward-looking statements and include, without limitation, demand and competition for the Company's products and other risks or uncertainties. Given these uncertainties, you should not rely on forward looking statements. Such forward-looking statements speak only as of the date on which they were made, and the Company undertakes no obligations to update any forward-looking statements, whether as a result of new information, future events or otherwise.

_____

Source: Finmeccanica

✉ Email Story      📢 Set News Alert      🖨 Print Story      Yahoo! Buzz

[  ] Search News

Sponsor Results

Trade Forex Online with GFT
Free Practice Account & Training. Trade 24 hrs-a-day 5.5 days a week.
www.GFTforex.com

Earn From 3.04% to 3.35%
With AAA rated, GE Capital Corp. Not an offer of securities for sale.
www.geinterestplus.com

Countrywide® Home Loans
Govt-insured mortgages up to $729K in select areas-Lower rate options.
www.Countrywide.com
(What's This?)

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

# Exhibit 4



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000.

Account #
**452-60203 087**

Statement Period
**04-01-08 to 04-30-08**

## YOUR ACCOUNT STATEMENT

**UBSL**
**A/C EXCHANGE TRADED DERIVATIVE**
**PO BOX 8098**
**ZURICH**
**SWITZERLAND**

Reported In U.S. DOLLARS

Account Name
UBSL
A/C EXCHANGE TRADED DERIVATIVE

### MONEY BALANCE SUMMARY

|  | 04-30-08 | 03-31-08 |
|---|---|---|
| Net Cash | $630,215.10 | $(18,175.25) |

### PORTFOLIO SUMMARY

|  | 04-30-08 |
|---|---|
| * Total Portfolio Value | $544,542,981.00 |
| Net Cash Balance | 630,215.10 |
| * Net Portfolio Value | 545,173,196.10 |
| * Net Value Last Period | 272,516,643.75 |

\* Excludes Unpriced Securities.

### ACTIVITY SUMMARY

| CREDITS |  |
|---|---|
| Securities Sold | $77,985,212.63 |
| Other Credits | 17,767,289.73 |
| **Total Credits** | **$95,752,502.36** |

| DEBITS |  |
|---|---|
| Securities Purchased | $45,338,632.00 |
| Other Debits | 49,765,480.01 |
| **Total Debits** | **$95,104,112.01** |

| **Net Activity** | **$648,390.35** |
|---|---|

### REALIZED INCOME & EXPENSE SUMMARY

|  | 04-30-08 | YEAR-TO-DATE |
|---|---|---|
| Dividends | $0.00 | $7,115.46 |
| Bond Interest | 0.00 | 148,270.73 |
| Margin Interest Paid | (292.56) | (1,150.54) |
| Credit Interest | 605.41 | 29,093.56 |
| Foreign Tax Withheld | 0.00 | (1,174.05) |

Independent, third party research on certain companies covered by the firm's research is available to customers of UBS in the United States at no cost.
Customers can access this research at WWW.UBS.COM/INDEPENDENTRESEARCH or can call 1-877-208-5700 to request that a copy of this research be sent to them. An explanation of the ratings is available on the research provider's reports.

UBS Securities LLC is a subsidiary of UBS AG and a member of SIPC, the New York Stock Exchange, and other principal exchanges.
UBS Investment Bank is a business group of UBS AG.



2350553WH 0051079        05/01/08:06:34  01 051080        99 B

 **UBS Investment Bank** 677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**04-01-08 to 04-30-08**

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|---------------------|---------------|-------|-------------|-----------------|
| 04/30 | 2 | Sold | (39 ) CALL CITIGROUP    MAY27.50**** EXP 05/17/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25072500-1 | CE27 | .3700 | | 1,425.44 |
| 04/30 | 2 | Sold | (20 ) CALL CITIGROUP    JUN27.50**** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25056445-1 | CF27 | .9900 | | 1,970.98 |
| 04/30 | 2 | Sold | (10 ) CALL CITIGROUP    JUN27.50**** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25056444-1 | CF27 | 1.0000 | | 995.49 |
| 04/30 | 2 | Sold | (50 ) CALL CITIGROUP    JUN27.50**** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25056446-1 | CF27 | .9900 | | 4,927.47 |
| 04/30 | 2 | Sold | (50 ) CALL COCA COLA CO AUG 065 **** EXP 08/16/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25058175-1 | KOH65 | .4500 | | 2,227.48 |
| 04/30 | 2 | Sold | (5 ) PUT  COLGATE PALM AUG 070 **** EXP 08/16/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25090111-1 | CLT70 | 1.0500 | | 522.74 |
| 04/30 | 2 | Sold | (9 ) PUT  COLGATE PALM AUG 070 **** EXP 08/16/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25090135-1 | CLT70 | 1.0500 | | 940.94 |
| 04/30 | 2 | Sold | (14 ) PUT  COLGATE PALM AUG 070 **** EXP 08/16/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25090275-1 | CLT70 | 1.0500 | | 1,463.69 |
| 04/30 | 2 | Bought | 8 CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25050746-1 | DRSF65 | 1.7000 | 1,363.60 | |
| 04/30 | 2 | Bought | 10 CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25050745-1 | DRSF65 | 1.7000 | 1,704.50 | |
| 04/30 | 2 | Bought | 16 CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0BU25050741-1 | DRSF65 | 1.7000 | 2,727.20 | |

SIPC

2350553WH 0051454B    05/01/08:06:34  01 051455    99 B

 **Investment Bank**  677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
04-01-08 to 04-30-08

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|--------------|-------|-------------|------------------|
| 04/30 | 2 | Bought | 19 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050731-1 | DRSF65 | 1.7000 | 3,238.55 | |
| 04/30 | 2 | Bought | 25 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050735-1 | DRSF65 | 1.7000 | 4,261.25 | |
| 04/30 | 2 | Bought | 25 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050747-1 | DRSF65 | 1.7000 | 4,261.25 | |
| 04/30 | 2 | Bought | 25 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050752-1 | DRSF65 | 1.7000 | 4,261.25 | |
| 04/30 | 2 | Bought | 31 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050728-1 | DRSF65 | 1.7000 | 5,283.95 | |
| 04/30 | 2 | Bought | 41 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050734-1 | DRSF65 | 1.7000 | 6,988.45 | |
| 04/30 | 2 | Bought | 50 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050732-1 | DRSF65 | 1.7000 | 8,522.50 | |
| 04/30 | 2 | Bought | 50 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050733-1 | DRSF65 | 1.7000 | 8,522.50 | |
| 04/30 | 2 | Bought | 75 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050748-1 | DRSF65 | 1.7000 | 12,783.75 | |
| 04/30 | 2 | Bought | 75 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050760-1 | DRSF65 | 1.7000 | 12,783.75 | |
| 04/30 | 2 | Bought | 100 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0BU25050769-1 | DRSF65 | 1.7000 | 17,045.00 | |



2350553WH 0051455        05/01/08:06:34  01 051456        99 B

# Exhibit 5



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203  087

Statement Period
05-01-08 to 05-31-08

## YOUR ACCOUNT STATEMENT

Reported in U.S. DOLLARS

Account Name
UBSL
A/C EXCHANGE TRADED DERIVATIVE

UBSL
A/C EXCHANGE TRADED DERIVATIVE
PO BOX 8098
ZURICH
SWITZERLAND

### MONEY BALANCE SUMMARY

|  | 05-31-08 | 04-30-08 |
|---|---|---|
| Net Cash | $622,544.65 | $630,215.10 |

### PORTFOLIO SUMMARY

|  | 05-31-08 |
|---|---|
| * Total Portfolio Value | $347,371,065.50 |
| Net Cash Balance | 622,544.65 |
| * Net Portfolio Value | 347,993,610.15 |
| * Net Value Last Period | 545,173,196.10 |

* Excludes Unpriced Securities.

### ACTIVITY SUMMARY

**CREDITS**

| Securities Sold | $83,810,725.20 |
|---|---|
| Other Credits | 28,927,752.26 |
| **Total Credits** | **$112,738,477.46** |

**DEBITS**

| Securities Purchased | $63,801,337.00 |
|---|---|
| Other Debits | 48,944,810.91 |
| **Total Debits** | **$112,746,147.91** |
| **Net Activity** | **$(7,670.45)** |

### REALIZED INCOME & EXPENSE SUMMARY

|  | 05-31-08 | YEAR-TO-DATE |
|---|---|---|
| Dividends | $0.00 | $7,115.46 |
| Bond Interest | 0.00 | 148,270.73 |
| Margin Interest Paid | 0.00 | (1,150.54) |
| Credit Interest | 783.71 | 29,877.27 |
| Foreign Tax Withheld | 0.00 | (1,174.05) |

Independent, third party research on certain companies covered by the firm's research is available to customers of UBS
in the United States at no cost.
Customers can access this research at WWW.UBS.COM/INDEPENDENTRESEARCH or call 1-877-208-5700 to request
that a copy of this research be sent to them. An explanation of the ratings is available on the research provider's reports.

UBS Securities LLC is a subsidiary of UBS AG and a member of SIPC, the New York Stock Exchange, and other principal exchanges.
UBS Investment Bank is a business group of UBS AG.



2350553WH 0025330      05/31/08:08:33  01 025331      99 B



**UBS** Investment Bank
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

OPTIONS - LONG POSITIONS          CONTINUED

| QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | PRICE | VALUE |
|---|---|---|---|---|---|
| 10 | CALL CREE INC    JAN 030 **** LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 | YFAA30 | 2 | 4.5000 | 4,500.00 |
| 100 | PUT  CORNING INC JAN 025 **** LONG TERM OPTIONS EXP 01/17/09 EXP 01/17/2009 | VGCM25 | 2 | 1.7500 | 17,500.00 |
| 65 | PUT  CORNING INC AUG22.50**** EXP 08/16/2008 | GLWT22 | 2 | 0.3000 | 1,950.00 |
| 50 | CALL COUNTRYWIDE JAN 7.50**** LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 | YJDA7 | 2 | 0.6000 | 3,000.00 |
| 500 | PUT  COUNTRYWIDE JAN 2.50**** EXP 01/17/2009 | CFCM2 | 2 | 0.2100 | 10,500.00 |
| 32 | PUT  CUMMINS INC  JAN37.50**** LONG TERM OPTIONS EXP 01/17/09 EXP 01/17/2009 | VBEM37 | 2 | 0.7500 | 2,400.00 |
| 30 | CALL CYTEC INDS   JAN 050 **** LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 | YDIA50 | 2 | 17.5000 | 52,500.00 |
| 2 | CALL CYPRESS SEMI JAN 035 **** LONG TERM OPTIONS EXP 01/17/09 EXP 01/17/2009 | VSYA35 | 2 | 1.9500 | 390.00 |
| 20 | PUT  DIAMOND OFFS JUN 105 **** EXP 06/21/2008 | DOR105 | 2 | 0.0200 | 40.00 |
| 550 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 | DRSF65 | 2 | 13.7000 | 753,500.00 |
| 6 | PUT  DIAMOND TR  JUN 118 CBOE EXP 06/21/2008 | DAWRN | 2 | 0.1900 | 114.00 |
| 20 | CALL DAIMLERCHRYS JAN 100 **** LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 | WLGA100 | 2 | 2.0000 | 4,000.00 |
| 50 | CALL DENDREON COR JAN 005 AMEX LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 | WTKA5 | 2 | 3.0000 | 15,000.00 |
| 50 | CALL DENDREON COR JAN 7.50AMEX LONG TERM OPTIONS EXP 01/17/09 EXP 01/17/2009 | ORGA7 | 2 | 1.7600 | 8,800.00 |
| 12 | CALL DENDREON COR JAN 010 AMEX LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 | WTKA10 | 2 | 2.2500 | 2,700.00 |
| 18 | CALL DENDREON COR JAN17.50AMEX LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 | WTKA17 | 2 | 1.5600 | 2,808.00 |
| 30 | CALL DENDREON COR JAN 025 AMEX LONG TERM OPTIONS EXP 01/17/09 EXP 01/17/2009 | ORGA25 | 2 | 0.5100 | 1,530.00 |
| 1 | CALL DEVON ENERGY JAN 070 **** EXP 01/17/2009 | DVNA70 | 2 | 48.6000 | 4,860.00 |
| 1 | CALL DEVON ENERGY JAN 080 **** EXP 01/17/2009 | DVNA80 | 2 | 39.4000 | 3,940.00 |
| 1 | CALL DEVON ENERGY JAN 090 **** LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 | YQA90 | 2 | 39.7000 | 3,970.00 |
| 100 | CALL DECODE GENE  JAN 005 **** LONG TERM OPTIONS EXP 01/17/09 EXP 01/17/2009 | ZJIA5 | 2 | 0.1000 | 1,000.00 |
| 40 | CALL DELL INC     JAN 025 **** LONG TERM OPTIONS EXP 01/17/09 EXP 01/17/2009 | VPZA25 | 2 | 1.5900 | 6,360.00 |
| 24 | PUT  DELL INC     JUN 021 **** EXP 06/21/2008 | DLYR21 | 2 | 0.0900 | 216.00 |
| 10 | CALL DIRECTV GRP  JAN22.50**** LONG TERM OPTIONS EXP 01/17/09 EXP 01/17/2009 | VGLA22 | 2 | 6.3000 | 6,300.00 |



2350553WH 0025337          05/31/08:08:33  01 025338          99 B



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**05-01-08 to 05-31-08**

### PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/06 | 2 | Sold | (10) | PUT CHESAPEAKE JUN 050 **** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C025024419-1 | CHKR50 | 1.0500 | | 1,045.49 |
| 05/06 | 9 | Bought | 2,000 | CITIGROUP INC A/E QCR32 20 ASSIGNED AS OF 05/01/08 | C | 32.5000 | 65,020.00 | |
| 05/06 | 9 | Bought | 6,500 | CITIGROUP INC A/E QCR45 65 ASSIGNED AS OF 05/01/08 | C | 45.0000 | 292,565.00 | |
| 05/06 | 9 | Bought | 10,900 | CITIGROUP INC A/E QCR47 109 ASSIGNED AS OF 05/01/08 | C | 47.5000 | 517,859.00 | |
| 05/06 | 9 | Bought | 32,500 | CITIGROUP INC A/E QVRNM45 325 ASSIGNED AS OF 05/01/08 | C | 45.0000 | 1,462,825.00 | |
| 05/06 | 2 | Sold | (50) | CALL 5TH 3RD BANC JAN 030 **** LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C025016909-1 | YJFA30 | 1.8500 | | 9,227.44 |
| 05/06 | 2 | Sold | (12) | CALL COMPANHIA DE OCT 085 **** EXP 10/18/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C025023452-1 | ABVJQ | 5.5000 | | 6,594.56 |
| 05/06 | 2 | Sold | (1) | PUT COMPANHIA DE OCT 085 **** EXP 10/18/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C025024792-1 | ABVVQ | 11.5000 | | 1,149.54 |
| 05/06 | 2 | Bought | 12 | CALL CORN PRODUCT OCT 050 **** EXP 10/18/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C025025873-1 | CPOJ50 | 3.5000 | 4,205.40 | |
| 05/06 | 2 | Bought | 1 | CALL DRS TECH JUN 070 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C025017147-1 | DRSF70 | 1.2000 | 120.45 | |
| 05/06 | 2 | Bought | 11 | CALL DRS TECH JUN 070 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C025017144-1 | DRSF70 | 1.2000 | 1,324.95 | |
| 05/06 | 2 | Bought | 25 | CALL DRS TECH JUN 070 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C025017146-1 | DRSF70 | 1.2000 | 3,011.25 | |





**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/06 | 2 | Bought | 37 | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025017150-1 | DRSF70 | 1.2000 | 4,456.65 | |
| 05/06 | 2 | Bought | 46 | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025017148-1 | DRSF70 | 1.2000 | 5,540.70 | |
| 05/06 | 2 | Bought | 50 | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025017149-1 | DRSF70 | 1.2000 | 6,022.50 | |
| 05/06 | 9 | Bought | 2,500 | DELL INC<br>A/E QDLQQ22  25 ASSIGNED<br>AS OF 05/01/08 | DELL | 22.5000 | 56,275.00 | |
| 05/06 | 2 | Sold | (1) | CALL GOOGLE INC    JUN 650 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025024418-1 | GOOF650 | 12.2000 | | 1,219.54 |
| 05/06 | 2 | Bought | 1 | CALL GOOGLE INC    SEP 600 ****<br>EXP 09/20/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025016315-1 | GOOI600 | 56.5000 | 5,650.45 | |
| 05/06 | 2 | Sold | (30) | CALL GOLDMAN SACH JUL 210 ****<br>EXP 07/19/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025025745-1 | GPYG210 | 7.9000 | | 23,686.36 |
| 05/06 | 2 | Sold | (10) | CALL FREEPORT    JAN 100 ****<br>LONG TERM OPTIONS EXP 01/17/09<br>EXP 01/17/2009<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025036364-1 | OMTA100 | 27.0000 | | 26,995.34 |
| 05/06 | 2 | Bought | 10 | PUT FREEPORT    JAN 100 ****<br>LONG TERM OPTIONS EXP 01/17/09<br>EXP 01/17/2009<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025025022-1 | OMTM100 | 12.0000 | 12,004.50 | |
| 05/06 | 2 | Sold | (2) | PUT GAMESTOP COR JUN 050 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025034984-1 | GMER50 | 2.4000 | | 479.09 |
| 05/06 | 2 | Sold | (3) | PUT GAMESTOP COR JUN 050 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C025034982-1 | GMER50 | 2.4000 | | 718.64 |



UBS **Investment Bank**    677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**05-01-08 to 05-31-08**

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------------------|---------------|-------|-------------|-----------------|
| 05/07 | 2 | Sold | (10 ) PUT COSTCO WHOLE JUN67.50****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C8023-1 | PRQR67 | 1.1500 | | 1,145.49 |
| 05/07 | 2 | Bought | 6 CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C9125-1 | DRSF70 | 1.2000 | 722.70 | |
| 05/07 | 2 | Bought | 164 CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C9300-1 | DRSF70 | 1.2000 | 19,753.80 | |
| 05/07 | 2 | Sold | (10 ) PUT DELTA PETRO MAY 030 CBOE<br>EXP 05/17/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C9096-1 | QHRQF | 3.9000 | | 3,895.47 |
| 05/07 | 2 | Sold | (1 ) PUT DIRECTV GRP JUN22.50****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C8094-1 | DTVR22 | .3000 | | 29.54 |
| 05/07 | 2 | Sold | (4 ) PUT DIRECTV GRP JUN22.50****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C8222-1 | DTVR22 | .3000 | | 118.19 |
| 05/07 | 2 | Sold | (5 ) PUT DIRECTV GRP JUN22.50****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C8240-1 | DTVR22 | .3000 | | 147.74 |
| 05/07 | 2 | Sold | (8 ) PUT DIRECTV GRP JUN22.50****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C8160-1 | DTVR22 | .3000 | | 236.39 |
| 05/07 | 2 | Sold | (82 ) PUT DIRECTV GRP JUN22.50****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250F1445-1 | DTVR22 | .3000 | | 2,423.08 |
| 05/07 | 2 | Sold | (30 ) PUT ELECTR ARTS JUN 050 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C8114-1 | EZQR50 | 1.6000 | | 4,786.47 |
| 05/07 | 2 | Sold | (60 ) PUT INTEL CORP  JUN 022 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C1250C9793-1 | NQR22 | .4500 | | 2,672.98 |



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|---|---|---|---|---|---|---|---|---|
| 05/08 | 2 | Sold | (167) | CALL CIA VALE DO  JUN 045 CBOE<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C2250N2636-1 | RFPFI | .9100 | | 15,121.76 |
| 05/08 | 2 | Sold | (280) | PUT EBAY INC    JAN 035 ****<br>LONG TERM OPTIONS EXP 01/17/09<br>EXP 01/17/2009<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C2250P4458-1 | OYIM35 | 5.8900 | | 164,793.07 |
| 05/08 | 2 | Sold | (10) | PUT  COMPANHIA DE OCT 085 ****<br>EXP 10/18/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C2250037.88-1 | ABVVQ | 11.5000 | | 11,495.43 |
| 05/08 | 2 | Sold | (10) | CALL CONOCOPHILLI AUG 090 ****<br>EXP 08/16/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C2250N3001-1 | COPH90 | 4.0500 | | 4,045.47 |
| 05/08 | 2 | Sold | (1) | PUT  CONOCOPHILLI JUN 080 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C325007337-1 | COPR80 | .8500 | | 84.54 |
| 05/08 | 2 | Sold | (3) | PUT  CONOCOPHILLI JUN 080 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C325007338-1 | COPR80 | .8500 | | 253.64 |
| 05/08 | 2 | Sold | (26) | PUT  CONOCOPHILLI JUN 080 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C325007342-1 | COPR80 | .8500 | | 2,198.28 |
| 05/08 | 2 | Sold | (3) | PUT  CONSTLLATION JUN 075 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C2250N5041-1 | CEGR75 | 1.5500 | | 463.64 |
| 05/08 | 2 | Sold | (50) | CALL CORNING INC  AUG 030 ****<br>EXP 08/16/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C2250P5847-1 | GLWH30 | .6000 | | 2,977.48 |
| 05/08 | 2 | Bought | 2 | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C2250P6061-1 | DRSF65 | 3.4000 | 680.90 | |



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/08 | 2 | Bought | 10 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2922-1 | DRSF65 | 3.5000 | 3,504.50 | |
| 05/08 | 2 | Bought | 10 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P6060-1 | DRSF65 | 3.4000 | 3,404.50 | |
| 05/08 | 2 | Bought | 32 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P6058-1 | DRSF65 | 3.4000 | 10,894.40 | |
| 05/08 | 2 | Bought | 35 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2919-1 | DRSF65 | 3.5000 | 12,265.75 | |
| 05/08 | 2 | Bought | 48 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P6059-1 | DRSF65 | 3.4000 | 16,341.60 | |
| 05/08 | 2 | Bought | 65 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2920-1 | DRSF65 | 3.5000 | 22,779.25 | |
| 05/08 | 2 | Bought | 68 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P6057-1 | DRSF65 | 3.4000 | 23,150.60 | |
| 05/08 | 2 | Bought | 70 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2926-1 | DRSF65 | 3.5000 | 24,531.50 | |
| 05/08 | 2 | Bought | 90 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2923-1 | DRSF65 | 3.5000 | 31,540.50 | |
| 05/08 | 2 | Bought | 100 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2921-1 | DRSF65 | 3.5000 | 35,045.00 | |
| 05/08 | 2 | Bought | 100 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2924-1 | DRSF65 | 3.5000 | 35,045.00 | |


SIPC

2350553WH 0025479B        05/31/08:08:33  01 025480      99 B

 **Investment Bank** 677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/08 | 2 | Bought | 100 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2925-1 | DRSF65 | 3.5000 | 35,045.00 | |
| 05/08 | 2 | Bought | 100 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P6055-1 | DRSF65 | 3.4000 | 34,045.00 | |
| 05/08 | 2 | Bought | 100 | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P6056-1 | DRSF65 | 3.4000 | 34,045.00 | |
| 05/08 | 2 | Sold | (4) | PUT DEERE & CO    SEP 085 **** EXP 09/20/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P5109-1 | DEU85 | 7.3000 | | 2,918.18 |
| 05/08 | 2 | Bought | 15 | PUT GOLDMAN SACH MAY 180 **** EXP 05/17/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P1611-1 | GPYQ180 | .5200 | 786.75 | |
| 05/08 | 2 | Bought | 11 | CALL FREEPORT    MAY 110 **** EXP 05/17/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C325012472-1 | FCXE110 | 6.6000 | 7,264.95 | |
| 05/08 | 2 | Bought | 9 | CALL FREEPORT    MAY 110 **** EXP 05/17/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C325012473-1 | FCXE110 | 6.6000 | 5,944.05 | |
| 05/08 | 2 | Sold | (20) | CALL FREEPORT    AUG 120 **** EXP 08/16/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C325012477-1 | FCXH120 | 10.0000 | | 19,990.88 |
| 05/08 | 2 | Sold | (7) | PUT FREEPORT    JUN 110 **** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2202-1 | FCXR110 | 5.3000 | | 3,706.82 |
| 05/08 | 2 | Sold | (3) | PUT FREEPORT    JUN 110 **** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2204-1 | FCXR110 | 5.2000 | | 1,558.64 |
| 05/08 | 2 | Sold | (20) | PUT GAFISA SA    JUN 040 AMEX EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C2250P2838-1 | GFAR40 | 2.0500 | | 4,090.97 |



2350553WH 0025480        05/31/08:08:33  01 025481        99 B

 **Investment Bank** 677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**05-01-08 to 05-31-08**

PURCHASES & SALES     CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------------------|---------------|-------|-------------|-----------------|
| 05/09 | 2 | Sold | (31) CALL CON-WAY INC SEP 050 ****<br>EXP 09/20/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425054740-1 | CNWI50 | 3.9000 | | 12,075.98 |
| 05/09 | 2 | Bought | 25 PUT CORNING INC MAY 025 ****<br>EXP 05/17/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425076160-1 | GLWQ25 | .1500 | 386.25 | |
| 05/09 | 2 | Bought | 75 PUT CORNING INC MAY 025 ****<br>EXP 05/17/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425076159-1 | GLWQ25 | .1300 | 1,008.75 | |
| 05/09 | 2 | Sold | (25) PUT CORNING INC NOV 025 ****<br>EXP 11/22/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425076184-1 | GLWW25 | 1.8000 | | 4,488.72 |
| 05/09 | 2 | Sold | (75) PUT CORNING INC NOV 025 ****<br>EXP 11/22/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425076183-1 | GLWW25 | 1.8500 | | 13,841.17 |
| 05/09 | 2 | Bought | 22 PUT CURNYSH EURO JUN 154 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425071363-1 | FXER154 | 2.3000 | 5,069.90 | |
| 05/09 | 2 | Sold | (5) CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093808-1 | DRSF70 | 5.8000 | | 2,897.73 |
| 05/09 | 2 | Sold | (5) CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093810-1 | DRSF70 | 5.8000 | | 2,897.73 |
| 05/09 | 2 | Sold | (5) CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093948-1 | DRSF70 | 5.8000 | | 2,897.73 |
| 05/09 | 2 | Sold | (5) CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093954-1 | DRSF70 | 5.8000 | | 2,897.73 |
| 05/09 | 2 | Sold | (5) CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093956-1 | DRSF70 | 5.8000 | | 2,897.73 |



2350553WH 0025494B     05/31/08:08:33  01 025495     99 B



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

PURCHASES & SALES     CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/09 | 2 | Sold | (5) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093972-1 | DRSF70 | 5.8000 | | 2,897.73 |
| 05/09 | 2 | Sold | (6) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093842-1 | DRSF70 | 5.8000 | | 3,477.28 |
| 05/09 | 2 | Sold | (6) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093935-1 | DRSF70 | 5.8000 | | 3,477.28 |
| 05/09 | 2 | Sold | (10) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093832-1 | DRSF70 | 5.8000 | | 5,795.46 |
| 05/09 | 2 | Sold | (10) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093839-1 | DRSF70 | 5.8000 | | 5,795.46 |
| 05/09 | 2 | Sold | (10) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093871-1 | DRSF70 | 5.8000 | | 5,795.46 |
| 05/09 | 2 | Sold | (10) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093911-1 | DRSF70 | 5.8000 | | 5,795.46 |
| 05/09 | 2 | Sold | (10) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093961-1 | DRSF70 | 5.8000 | | 5,795.46 |
| 05/09 | 2 | Sold | (10) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093962-1 | DRSF70 | 5.8000 | | 5,795.46 |
| 05/09 | 2 | Sold | (10) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093971-1 | DRSF70 | 5.8000 | | 5,795.46 |
| 05/09 | 2 | Sold | (14) | CALL DRS TECH     JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093841-1 | DRSF70 | 5.8000 | | 8,113.65 |


SIPC

2350553WH 0025495          05/31/08:08:33  01 025496          99 B

 **Investment Bank** 677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**05-01-08 to 05-31-08**

### PURCHASES & SALES     CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/09 | 2 | Sold | (14 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093925-1 | DRSF70 | 5.8000 | | 8,113.65 |
| 05/09 | 2 | Sold | (15 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093805-1 | DRSF70 | 5.8000 | | 8,693.20 |
| 05/09 | 2 | Sold | (15 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093818-1 | DRSF70 | 5.8000 | | 8,693.20 |
| 05/09 | 2 | Sold | (15 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093953-1 | DRSF70 | 5.8000 | | 8,693.20 |
| 05/09 | 2 | Sold | (15 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093973-1 | DRSF70 | 5.8000 | | 8,693.20 |
| 05/09 | 2 | Sold | (20 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093770-1 | DRSF70 | 5.8000 | | 11,590.93 |
| 05/09 | 2 | Sold | (20 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093820-1 | DRSF70 | 5.8000 | | 11,590.93 |
| 05/09 | 2 | Sold | (20 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093825-1 | DRSF70 | 5.8000 | | 11,590.93 |
| 05/09 | 2 | Sold | (20 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093855-1 | DRSF70 | 5.8000 | | 11,590.93 |
| 05/09 | 2 | Sold | (20 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093856-1 | DRSF70 | 5.8000 | | 11,590.93 |
| 05/09 | 2 | Sold | (20 ) | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C425093945-1 | DRSF70 | 5.8000 | | 11,590.93 |

 **SIPC**

2350553WH 0025495B          05/31/08:08:33  01 025496     99 B



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

### PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------------------|---------------|-------|-------------|-----------------|
| 05/09 | 2 | Sold | (20 ) CALL DRS TECH    JUN 070 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425093994-1 | DRSF70 | 5.8000 | | 11,590.93 |
| 05/09 | 2 | Sold | (6 ) PUT DEERE & CO    MAY 085 **** EXP 05/17/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425070463-1 | DEQ85 | 2.5000 | | 1,497.29 |
| 05/09 | 2 | Sold | (17 ) CALL DELL INC    AUG22.50**** EXP 08/16/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425075011-1 | DLQH22 | .3000 | | 502.34 |
| 05/09 | 2 | Sold | (183 ) CALL DELL INC    AUG22.50**** EXP 08/16/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425075019-1 | DLQH22 | .3000 | | 5,407.61 |
| 05/09 | 2 | Sold | (30 ) PUT EASTMAN KODK JUL 015 **** EXP 07/19/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425071336-1 | EKS15 | .5500 | | 1,636.49 |
| 05/09 | 2 | Bought | 100 CALL ENCANA CORP JUL 055 **** EXP 07/19/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425095365-1 | ECAG55 | 31.0000 | 310,045.00 | |
| 05/09 | 2 | Sold | (100 ) CALL ENERGY CONV JUN 045 **** EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425070613-1 | EQIF45 | 3.6000 | | 35,954.79 |
| 05/09 | 2 | Sold | (16 ) CALL INTEL CORP    JUN 024 **** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425052536-1 | NQF24 | .6100 | | 968.79 |
| 05/09 | 2 | Sold | (128 ) CALL INTEL CORP    JUN 024 **** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425052537-1 | NQF24 | .6100 | | 7,750.35 |
| 05/09 | 2 | Sold | (5 ) CALL INTEL CORP    JUN 024 **** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425052484-1 | NQF24 | .6200 | | 307.74 |
| 05/09 | 2 | Sold | (11 ) CALL INTEL CORP    JUN 024 **** EXP 06/21/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C425052479-1 | NQF24 | .6200 | | 677.04 |

2350553WH 0025496    05/31/08:08:33 01 025497    99 B



**UBS Investment Bank**  677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**05-01-08 to 05-31-08**

PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/12 | 2 | Bought | 27 | CALL ELAN CP PLC  JUN 030 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250D9899-1 | EDKF30 | 1.8500 | 5,007.15 | |
| 05/12 | 2 | Bought | 6 | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250F6177-1 | DRSF70 | 6.0000 | 3,602.70 | |
| 05/12 | 2 | Bought | 10 | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250F6175-1 | DRSF70 | 5.8000 | 5,804.50 | |
| 05/12 | 2 | Bought | 34 | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250F6176-1 | DRSF70 | 5.9000 | 20,075.30 | |
| 05/12 | 2 | Bought | 50 | CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250F6174-1 | DRSF70 | 5.8000 | 29,022.50 | |
| 05/12 | 2 | Sold | (10 ) | PUT  D R HORTON   NOV12.50****<br>EXP 11/22/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250D1250-1 | DHIWV | 1.6500 | | 1,645.49 |
| 05/12 | 2 | Sold | (32 ) | CALL DELL INC    AUG 021 ****<br>EXP 08/16/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250D7281-1 | DLYH21 | .5800 | | 1,841.58 |
| 05/12 | 2 | Bought | 50 | PUT  DELL INC    MAY 020 ****<br>EXP 05/17/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250F1054-1 | DLYQ20 | 1.0100 | 5,072.50 | |
| 05/12 | 2 | Sold | (50 ) | PUT  DELL INC    JAN17.50****<br>LONG TERM OPTIONS EXP 01/17/09<br>EXP 01/17/2009<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250F1051-1 | VPZM17 | 1.3600 | | 6,777.46 |
| 05/12 | 9 | Bought | 1,000 | E TRADE FINANCIAL CORPORATION<br>A/E QEUSV9  10 ASSIGNED<br>AS OF 05/07/08 | ETFC | 9.0000 | 9,010.00 | |
| 05/12 | 2 | Bought | 17 | PUT  FOREST LABS  MAY 040 ****<br>EXP 05/17/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C5250F0769-1 | FHAQ40 | 6.1800 | 10,513.65 | |


SIPC

2350553WH 0025504        05/31/08:08:33  01 025505        99 B



UBS **Investment Bank** 677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------------------|---------------|-------|-------------|-----------------|
| 05/13 | 2 | Sold | (10) CALL ALCOA INC    JUL 040 ****<br>EXP 07/19/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250M4331-1 | AAG40 | 3.6000 | | 3,595.47 |
| 05/13 | 2 | Sold | (2) CALL ALCOA INC    JUL47.50****<br>EXP 07/19/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250N4182-1 | AAG47 | 1.5000 | | 299.09 |
| 05/13 | 2 | Sold | (10) CALL ALCOA INC    JUL47.50****<br>EXP 07/19/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250N4389-1 | AAG47 | 1.5000 | | 1,495.49 |
| 05/13 | 2 | Sold | (39) PUT  AMER INTL GP JUN 035 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250N3148-1 | AIGR35 | 1.0400 | | 4,038.42 |
| 05/13 | 2 | Sold | (1) PUT  AMER INTL GP JUN 035 ****<br>EXP 06/21/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250N3147-1 | AIGR35 | 1.0400 | | 103.54 |
| 05/13 | 9 | Bought | 500 ANWORTH MORTGAGE ASSET CORP.<br>A/E QANHS10  5 ASSIGNED<br>AS OF 05/08/08 | ANH | 10.0000 | 5,005.00 | |
| 05/13 | 2 | Bought | 10 CALL APPLE INC    MAY 180 ****<br>EXP 05/17/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J7627-1 | APVE180 | 5.9500 | 5,954.50 | |
| 05/13 | 2 | Bought | 80 CALL CBOE VOLTLY JUL 025 CBOE<br>EXP 07/16/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250N6995-1 | VIXGE | 1.3500 | 10,836.00 | |
| 05/13 | 2 | Sold | (40) PUT  CITIGROUP    MAY 025 ****<br>EXP 05/17/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250N3145-1 | CQ25 | 1.6500 | | 6,581.96 |
| 05/13 | 2 | Sold | (10) PUT  CLEAR CHANNE JUL 025 ****<br>EXP 07/19/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250M8894-1 | CCUS25 | .4500 | | 445.49 |
| 05/13 | 2 | Sold | (11) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3281-1 | DRSF65 | 12.3000 | | 13,524.97 |

2350553WH 0025508B    05/31/08:08:33  01 025509    99 B



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/13 | 2 | Sold | (11) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3285-1 | DRSF65 | 12.2000 | | 13,414.97 |
| 05/13 | 2 | Sold | (31) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3382-1 | DRSF65 | 12.4000 | | 38,425.83 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3770-1 | DRSF65 | 12.0000 | | 11,995.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3780-1 | DRSF65 | 12.0000 | | 11,995.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3781-1 | DRSF65 | 12.0000 | | 11,995.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3782-1 | DRSF65 | 11.9000 | | 11,895.43 |
| 05/13 | 2 | Sold | (21) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3784-1 | DRSF65 | 12.0000 | | 25,190.40 |
| 05/13 | 2 | Sold | (25) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3783-1 | DRSF65 | 12.1000 | | 30,238.58 |
| 05/13 | 2 | Sold | (100) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3767-1 | DRSF65 | 12.0000 | | 119,954.32 |
| 05/13 | 2 | Sold | (210) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3766-1 | DRSF65 | 12.1000 | | 254,004.07 |
| 05/13 | 2 | Sold | (1) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3381-1 | DRSF65 | 12.4000 | | 1,239.54 |

2350553WH 0025509    05/31/08:08:33  01 025510    99 B



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/13 | 2 | Sold | (4) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3383-1 | DRSF65 | 12.4000 | | 4,958.17 |
| 05/13 | 2 | Sold | (5) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3272-1 | DRSF65 | 12.5000 | | 6,247.71 |
| 05/13 | 2 | Sold | (5) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3278-1 | DRSF65 | 12.4000 | | 6,197.71 |
| 05/13 | 2 | Sold | (5) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3403-1 | DRSF65 | 12.3000 | | 6,147.71 |
| 05/13 | 2 | Sold | (5) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3409-1 | DRSF65 | 12.2000 | | 6,097.71 |
| 05/13 | 2 | Sold | (7) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3377-1 | DRSF65 | 12.4000 | | 8,676.80 |
| 05/13 | 2 | Sold | (9) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3277-1 | DRSF65 | 12.4000 | | 11,155.88 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3380-1 | DRSF65 | 12.4000 | | 12,395.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3384-1 | DRSF65 | 12.4000 | | 12,395.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3394-1 | DRSF65 | 12.4000 | | 12,395.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3400-1 | DRSF65 | 12.3000 | | 12,295.43 |

SIPC

2350553WH 0025509B        05/31/08:08:33  01 025510        99 B



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3404-1 | DRSF65 | 12.3000 | | 12,295.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3405-1 | DRSF65 | 12.2000 | | 12,195.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3410-1 | DRSF65 | 12.2000 | | 12,195.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3412-1 | DRSF65 | 12.1000 | | 12,095.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3415-1 | DRSF65 | 12.1000 | | 12,095.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3420-1 | DRSF65 | 12.1000 | | 12,095.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3494-1 | DRSF65 | 12.3000 | | 12,295.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3498-1 | DRSF65 | 12.2000 | | 12,195.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3499-1 | DRSF65 | 12.2000 | | 12,195.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3768-1 | DRSF65 | 12.1000 | | 12,095.43 |
| 05/13 | 2 | Sold | (10) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C6250J3769-1 | DRSF65 | 12.1000 | | 12,095.43 |

 **UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**05-01-08 to 05-31-08**

PURCHASES & SALES        CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|---|---|---|---|---|---|---|---|---|
| 05/13 | 2 | Sold | (11) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3273-1 | DRSF65 | 12.4000 | | 13,634.97 |
| 05/13 | 2 | Sold | (19) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3408-1 | DRSF65 | 12.2000 | | 23,171.32 |
| 05/13 | 2 | Sold | (20) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3279-1 | DRSF65 | 12.3000 | | 24,590.86 |
| 05/13 | 2 | Sold | (20) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3280-1 | DRSF65 | 12.3000 | | 24,590.86 |
| 05/13 | 2 | Sold | (20) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3411-1 | DRSF65 | 12.1000 | | 24,190.86 |
| 05/13 | 2 | Sold | (100) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3402-1 | DRSF65 | 12.3000 | | 122,954.31 |
| 05/13 | 2 | Sold | (100) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250J3491-1 | DRSF65 | 12.3000 | | 122,954.31 |
| 05/13 | 9 | Bought | 300 | DELTA PETROLEUM CORP NEW A/E QQHRQF  3 ASSIGNED AS OF 05/08/08 | DPTR | 30.0000 | 9,003.00 | |
| 05/13 | 2 | Bought | 7 | PUT  ISHARES BRAZ JUN 070 CBOE EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250M8474-1 | EWZRN | .1500 | 108.15 | |
| 05/13 | 2 | Sold | (7) | PUT  ISHARES BRAZ DEC 070 CBOE EXP 12/20/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250M8515-1 | EWZXN | 2.3500 | | 1,641.84 |
| 05/13 | 2 | Sold | (30) | PUT  HEWLETT PACK JAN 040 **** LONG TERM OPTIONS EXP 01/16/10 EXP 01/16/2010 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0C6250N1863-1 | WPWM40 | 3.7000 | | 11,086.43 |

SIPC

2350553WH 0025510B        05/31/08:08:33  01 025511        99 B



| | | | | | | | |
|---|---|---|---|---|---|---|---|

**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
05-01-08 to 05-31-08

PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|---|---|---|---|---|---|---|---|
| 05/15 | 2 | Sold | (200) CALL CLOROX CO    JUL 055 ****<br>EXP 07/19/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C9250H9813-1 | CLXG55 | 3.5000 | | 69,909.60 |
| 05/15 | 2 | Sold | (216) CALL CLOROX CO    JUL 055 ****<br>EXP 07/19/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C9250H9798-1 | CLXG55 | 3.5000 | | 75,502.37 |
| 05/15 | 2 | Sold | (335) CALL CLOROX CO    JUL 055 ****<br>EXP 07/19/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C9250H9800-1 | CLXG55 | 3.5000 | | 117,098.59 |
| 05/15 | 2 | Sold | (16) CALL CIA VALE DO  JAN 020 ****<br>LONG TERM OPTIONS EXP 01/17/09<br>ADJ 2 FOR 1 STOCK SPLIT<br>EXP 01/17/2009<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS | VOHA20 | 21.7000 | | 34,712.60 |
| 05/15 | 2 | Sold | (64) CALL CIA VALE DO  JAN 020 ****<br>LONG TERM OPTIONS EXP 01/17/09<br>ADJ 2 FOR 1 STOCK SPLIT<br>EXP 01/17/2009<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS | VOHA20 | 21.7000 | | 138,850.42 |
| 05/15 | 2 | Sold | (10) CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C9250F6224-1 | DRSF70 | 8.7000 | | 8,695.45 |
| 05/15 | 2 | Sold | (10) CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C9250F6225-1 | DRSF70 | 8.7000 | | 8,695.45 |
| 05/15 | 2 | Sold | (80) CALL DRS TECH    JUN 070 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C9250F6226-1 | DRSF70 | 8.6000 | | 68,763.61 |
| 05/15 | 2 | Sold | (40) PUT D R HORTON  AUG12.50****<br>EXP 08/16/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0C9250D3011-1 | DHITV | .8500 | | 3,381.98 |
| 05/15 | 2 | Sold | (3) PUT DEERE & CO  JAN 060 ****<br>LONG TERM OPTIONS EXP 01/16/10<br>ADJ 2 FOR 1 STOCK SPLIT<br>EXP 01/16/2010<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS | WERM60 | 5.3000 | | 1,588.64 |

# Exhibit 6

 **UBS** **Investment Bank** 677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**06-01-08 to 06-30-08**

## YOUR ACCOUNT STATEMENT

**UBSL**
**A/C EXCHANGE TRADED DERIVATIVE**
**PO BOX 8098**
**ZURICH**
**SWITZERLAND**

**Reported in U.S. DOLLARS**

**Account Name**
UBSL
A/C EXCHANGE TRADED DERIVATIVE

### MONEY BALANCE SUMMARY

|  | 06-30-08 | 05-31-08 |
|---|---|---|
| Net Cash | $(142,180.04) | $622,544.65 |

### PORTFOLIO SUMMARY

|  | 06-30-08 |
|---|---|
| * Total Portfolio Value | $276,560,651.49 |
| Net Cash Balance | (142,180.04) |
| * Net Portfolio Value | 276,418,471.45 |
| * Net Value Last Period | 347,993,610.15 |

**\* Excludes Unpriced Securities.**

### ACTIVITY SUMMARY

**CREDITS**
| Securities Sold | $59,105,370.46 |
|---|---|
| Other Credits | 85,611,832.01 |
| **Total Credits** | **$144,717,202.47** |

**DEBITS**
| Securities Purchased | $99,440,883.51 |
|---|---|
| Other Debits | 46,041,043.65 |
| **Total Debits** | **$145,481,927.16** |
| **Net Activity** | **$(764,724.69)** |

### REALIZED INCOME & EXPENSE SUMMARY

|  | 06-30-08 | YEAR-TO-DATE |
|---|---|---|
| Dividends | $0.00 | $7,115.46 |
| Bond Interest | 0.00 | 148,270.73 |
| Margin Interest Paid | 0.00 | (1,150.54) |
| Credit Interest | 1,086.20 | 30,963.47 |
| Foreign Tax Withheld | 0.00 | (1,174.05) |

Independent, third party research on certain companies covered by the firm's research is available to customers of UBS in the United States at no cost.
Customers can access this research at WWW.UBS.COM/INDEPENDENTRESEARCH or can call 1-877-208-5700 to request that a copy of this research be sent to them. An explanation of the ratings is available on the research provider's reports.

 **SIPC**
2350553WH 0038782

UBS Securities LLC is a subsidiary of UBS AG and a member of SIPC, the New York Stock Exchange, and other principal exchanges.
UBS Investment Bank is a business group of UBS AG.

07/01/08:06:46  01 038783    99 B



| UBS **Investment Bank** | 677 Washington Boulevard<br>Stamford CT 06901<br>(203) 719-3000 | Account #<br>**452-60203 087**<br><br>Statement Period<br>**06-01-08 to 06-30-08** |
| --- | --- | --- |

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/23 | 2 | Sold | (5) CALL CON-WAY INC  DEC 055 ****<br>EXP 12/20/2008<br>OPEN CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250C4440-1 | CNWL55 | 4.0000 | | 1,997.73 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2042-1 | DRSF65 | 14.0000 | | 1,399.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2045-1 | DRSF65 | 14.0000 | | 1,399.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2049-1 | DRSF65 | 14.0000 | | 1,399.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2050-1 | DRSF65 | 14.0000 | | 1,399.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2053-1 | DRSF65 | 14.0000 | | 1,399.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2055-1 | DRSF65 | 14.0000 | | 1,399.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2060-1 | DRSF65 | 13.9000 | | 1,389.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2084-1 | DRSF65 | 14.0000 | | 1,399.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2086-1 | DRSF65 | 14.0000 | | 1,399.54 |
| 06/23 | 2 | Sold | (1) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2094-1 | DRSF65 | 14.0000 | | 1,399.54 |

2350553WH 0039070B        07/01/08:06:46  01 039071    99 B



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**06-01-08 to 06-30-08**

PURCHASES & SALES          CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 06/23 | 2 | Sold | (1) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2098-1 | DRSF65 | 13.8000 | | 1,379.54 |
| 06/23 | 2 | Sold | (1) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2101-1 | DRSF65 | 13.9000 | | 1,389.54 |
| 06/23 | 2 | Sold | (1) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2115-1 | DRSF65 | 13.9000 | | 1,389.54 |
| 06/23 | 2 | Sold | (1) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2116-1 | DRSF65 | 13.9000 | | 1,389.54 |
| 06/23 | 2 | Sold | (1) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2117-1 | DRSF65 | 13.9000 | | 1,389.54 |
| 06/23 | 2 | Sold | (1) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2118-1 | DRSF65 | 13.9000 | | 1,389.54 |
| 06/23 | 2 | Sold | (1) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2123-1 | DRSF65 | 13.9000 | | 1,389.54 |
| 06/23 | 2 | Sold | (2) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2031-1 | DRSF65 | 13.7000 | | 2,739.08 |
| 06/23 | 2 | Sold | (2) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2032-1 | DRSF65 | 13.7000 | | 2,739.08 |
| 06/23 | 2 | Sold | (2) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2037-1 | DRSF65 | 14.0000 | | 2,799.08 |
| 06/23 | 2 | Sold | (2) | CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2051-1 | DRSF65 | 14.0000 | | 2,799.08 |

SIPC

2350553WH 0039071          07/01/08:06:46  01 039072      99 B



**UBS** Investment Bank    677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
06-01-08 to 06-30-08

PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 06/23 | 2 | Sold | (2) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2067-1 | DRSF65 | 14.0000 | | 2,799.08 |
| 06/23 | 2 | Sold | (2) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2068-1 | DRSF65 | 14.0000 | | 2,799.08 |
| 06/23 | 2 | Sold | (2) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2079-1 | DRSF65 | 14.0000 | | 2,799.08 |
| 06/23 | 2 | Sold | (2) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2097-1 | DRSF65 | 13.8000 | | 2,759.08 |
| 06/23 | 2 | Sold | (2) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2119-1 | DRSF65 | 13.9000 | | 2,779.08 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2033-1 | DRSF65 | 13.7000 | | 4,108.62 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2035-1 | DRSF65 | 14.0000 | | 4,198.62 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2043-1 | DRSF65 | 14.0000 | | 4,198.62 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2063-1 | DRSF65 | 13.9000 | | 4,168.62 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2072-1 | DRSF65 | 14.0000 | | 4,198.62 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH     JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2082-1 | DRSF65 | 14.0000 | | 4,198.62 |

SIPC

2350553WH 0039071B        07/01/08:06:46  01 039072      99 B



**UBS Investment Bank**  677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
06-01-08 to 06-30-08

PURCHASES & SALES        CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------|-------------|---------------|-------|-------------|-----------------|
| 06/23 | 2 | Sold | (3) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2087-1 | DRSF65 | 14.0000 | | 4,198.62 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2088-1 | DRSF65 | 14.0000 | | 4,198.62 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2090-1 | DRSF65 | 14.0000 | | 4,198.62 |
| 06/23 | 2 | Sold | (3) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2109-1 | DRSF65 | 13.9000 | | 4,168.62 |
| 06/23 | 2 | Sold | (4) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2038-1 | DRSF65 | 14.0000 | | 5,598.16 |
| 06/23 | 2 | Sold | (4) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2059-1 | DRSF65 | 13.9000 | | 5,558.16 |
| 06/23 | 2 | Sold | (4) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2062-1 | DRSF65 | 13.9000 | | 5,558.16 |
| 06/23 | 2 | Sold | (4) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2069-1 | DRSF65 | 14.0000 | | 5,598.16 |
| 06/23 | 2 | Sold | (4) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2071-1 | DRSF65 | 14.0000 | | 5,598.16 |
| 06/23 | 2 | Sold | (4) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2085-1 | DRSF65 | 14.0000 | | 5,598.16 |
| 06/23 | 2 | Sold | (4) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2093-1 | DRSF65 | 14.0000 | | 5,598.16 |

# ❖ UBS Investment Bank

677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
06-01-08 to 06-30-08

## PURCHASES & SALES     CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|----------------------|---------------|-------|-------------|-----------------|
| 06/23 | 2 | Sold | (5 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2034-1 | DRSF65 | 13.7000 | | 6,847.71 |
| 06/23 | 2 | Sold | (5 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2052-1 | DRSF65 | 14.0000 | | 6,997.71 |
| 06/23 | 2 | Sold | (5 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2061-1 | DRSF65 | 13.9000 | | 6,947.71 |
| 06/23 | 2 | Sold | (5 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2089-1 | DRSF65 | 14.0000 | | 6,997.71 |
| 06/23 | 2 | Sold | (5 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2110-1 | DRSF65 | 13.9000 | | 6,947.71 |
| 06/23 | 2 | Sold | (5 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2111-1 | DRSF65 | 13.9000 | | 6,947.71 |
| 06/23 | 2 | Sold | (5 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2112-1 | DRSF65 | 13.9000 | | 6,947.71 |
| 06/23 | 2 | Sold | (5 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2124-1 | DRSF65 | 13.9000 | | 6,947.71 |
| 06/23 | 2 | Sold | (6 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2036-1 | DRSF65 | 14.0000 | | 8,397.25 |
| 06/23 | 2 | Sold | (6 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2044-1 | DRSF65 | 14.0000 | | 8,397.25 |
| 06/23 | 2 | Sold | (6 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2054-1 | DRSF65 | 14.0000 | | 8,397.25 |


SIPC

2350553WH 0039072B     07/01/08:06:46  01 039073     99 B



**UBS Investment Bank**  677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
**452-60203 087**

Statement Period
**06-01-08 to 06-30-08**

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|---|---|---|---|---|---|---|---|
| 06/23 | 2 | Sold | (7) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2046-1 | DRSF65 | 14.0000 | | 9,796.79 |
| 06/23 | 2 | Sold | (7) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2057-1 | DRSF65 | 13.9000 | | 9,726.79 |
| 06/23 | 2 | Sold | (7) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2080-1 | DRSF65 | 14.0000 | | 9,796.79 |
| 06/23 | 2 | Sold | (8) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2058-1 | DRSF65 | 13.9000 | | 11,116.33 |
| 06/23 | 2 | Sold | (8) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2064-1 | DRSF65 | 13.9000 | | 11,116.33 |
| 06/23 | 2 | Sold | (8) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2065-1 | DRSF65 | 14.0000 | | 11,196.33 |
| 06/23 | 2 | Sold | (8) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2074-1 | DRSF65 | 13.9000 | | 11,116.33 |
| 06/23 | 2 | Sold | (8) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2121-1 | DRSF65 | 13.9000 | | 11,116.33 |
| 06/23 | 2 | Sold | (8) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2122-1 | DRSF65 | 13.9000 | | 11,116.33 |
| 06/23 | 2 | Sold | (9) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2077-1 | DRSF65 | 13.9000 | | 12,505.87 |
| 06/23 | 2 | Sold | (10) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2056-1 | DRSF65 | 13.9000 | | 13,895.42 |

2350553WH 0039073          07/01/08:06:46  01 039074      99 B



**UBS Investment Bank**
677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203 087

Statement Period
06-01-08 to 06-30-08

## PURCHASES & SALES    CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|------|-----------|------------------|---------------------|---------------|-------|-------------|-----------------|
| 06/23 | 2 | Sold | (10 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2075-1 | DRSF65 | 13.9000 | | 13,895.42 |
| 06/23 | 2 | Sold | (10 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2096-1 | DRSF65 | 13.8000 | | 13,795.42 |
| 06/23 | 2 | Sold | (12 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2070-1 | DRSF65 | 14.0000 | | 16,794.50 |
| 06/23 | 2 | Sold | (12 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2099-1 | DRSF65 | 13.8000 | | 16,554.50 |
| 06/23 | 2 | Sold | (13 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2083-1 | DRSF65 | 14.0000 | | 18,194.04 |
| 06/23 | 2 | Sold | (14 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2100-1 | DRSF65 | 13.9000 | | 19,453.59 |
| 06/23 | 2 | Sold | (14 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2105-1 | DRSF65 | 13.9000 | | 19,453.59 |
| 06/23 | 2 | Sold | (15 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2066-1 | DRSF65 | 14.0000 | | 20,993.13 |
| 06/23 | 2 | Sold | (23 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2073-1 | DRSF65 | 13.9000 | | 31,959.47 |
| 06/23 | 2 | Sold | (38 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2026-1 | DRSF65 | 13.7000 | | 52,042.60 |
| 06/23 | 2 | Sold | (50 ) CALL DRS TECH    JUN 065 AMEX<br>EXP 06/21/2008<br>CLOSING CONTRACT<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ABACUS<br>UBS-REF:P0DA250H2078-1 | DRSF65 | 13.8000 | | 68,977.11 |

2350553WH 0039073B        07/01/08:06:46  01 039074      99 B



**UBS Investment Bank**  677 Washington Boulevard
Stamford CT 06901
(203) 719-3000

Account #
452-60203  087

Statement Period
06-01-08 to 06-30-08

PURCHASES & SALES      CONTINUED

| DATE | ACCT TYPE | TYPE OF ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE | AMOUNT PAID | AMOUNT RECEIVED |
|---|---|---|---|---|---|---|---|---|
| 06/23 | 2 | Sold | (50) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2095-1 | DRSF65 | 13.8000 | | 68,977.11 |
| 06/23 | 2 | Sold | (50) | CALL DRS TECH    JUN 065 AMEX EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250H2127-1 | DRSF65 | 13.8000 | | 68,977.11 |
| 06/23 | 2 | Sold | (10) | CALL DECKERS OUT  JUN 120 CBOE EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250C4366-1 | QUKFD | 16.6000 | | 16,595.40 |
| 06/23 | 2 | Sold | (10) | CALL DECKERS OUT  JUN 140 CBOE EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250C4423-1 | QUKFH | .0500 | | 45.49 |
| 06/23 | 2 | Bought | 15 | PUT DEERE & CO  JUN77.50**** ADJ 2 FOR 1 STOCK SPLIT EXP 06/21/2008 CLOSING CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250C4424-1 | DER77 | 1.3100 | 1,971.75 | |
| 06/23 | 2 | Sold | (15) | PUT DEERE & CO  JUL 075 **** EXP 07/19/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250C4393-1 | DES75 | 2.3100 | | 3,458.23 |
| 06/23 | 2 | Sold | (14) | PUT DEERE & CO  SEP 075 **** EXP 09/20/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250F2981-1 | DEU75 | 5.2000 | | 7,273.65 |
| 06/23 | 2 | Sold | (21) | PUT DEERE & CO  SEP 075 **** EXP 09/20/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250F2983-1 | DEU75 | 5.2000 | | 10,910.48 |
| 06/23 | 2 | Sold | (24) | CALL DELL INC    AUG22.50**** EXP 08/16/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250C3492-1 | DLQH22 | 2.0000 | | 4,789.17 |
| 06/23 | 2 | Bought | 30 | CALL EASTMAN KODK JUL 010 **** EXP 07/19/2008 OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ ABACUS UBS-REF:P0DA250C5858-1 | EKG10 | 2.9000 | 8,713.50 | |

2350553WH 0039074          07/01/08:06:46  01 039075    99 B



Schwanengasse 12
P.O.Box
CH-3001 Berne
Phone +41 31 322 69 11
Fax +41 31 322 69 26
info@ebk.admin.ch
www.sfbc.admin.ch

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| | | |
|---|---|---|
| Date | 24.07.2008 | **LSI and fax: 001 202 772 9281** |
| Responsible | Serge Husmann | Securities and Exchange Commission |
| Department | Legal | Alberto A. Arevalo |
| Direct phone | +41 31 323 26 63 | 450 Fifth Street, NW |
| Direct e-mail | serge.husmann@ebk.admin.ch | Washington, DC 20549 |
| Reference | 2008-07-21/165/14532 | United States |

**Your requests for assistance in the matter of DRS Technologies, Inc. (HO-10874) / OIA Ref. #2008-01002-001) ("DRS") and in the matter American Power Conversion Corp. (HO-10770) / OIA Ref. # 2008-00498 ("APCC")**

Dear Mr. Arevalo,

We refer to the above mentioned requests dated 7 July 2008, DRS, and 6 June 2008, APCC.

We are working on these requests in order to transmit the requested information to your authority. In the meanwhile, we wish to inform you of the following:

- The same individual originated and is the beneficial owner of the trades in DRS and APCC executed through UBS, which are under investigation by the SEC.

- After reviewing the trading activity of this client, UBS AG concluded that the trading activity appeared suspicious and decided, in application of Swiss regulation, not to execute further transactions on his behalf. The client was informed of this decision on 10 July 2008 and is in contact (either directly or through his attorney) with UBS AG regarding these events.

- The client is aware of the SEC request to the SFBC for information regarding the APCC trading, but not yet aware of the SEC's similar request regarding DRS.

- Based on these events, the client might end his banking and trading relationship with UBS AG at any moment and transfer his assets out of UBS AG and/or Switzerland.

- As of 15 July 2008, approximately half of the assets deposited with UBS is immediately available and could be moved at any time. The other part is invested in shares of investment funds for approximately EUR 2,3 million. These shares cannot be redeemed before 4 August 2008.

We hope this information will be useful. We remain at your disposal should you have any question.

Best regards,

The Secretariat of the
**SWISS FEDERAL BANKING COMMISSION**
Legal department

Dr David Wyss                    Serge Husmann