UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | Civil Action No. 08-6609 |
| ONE OR MORE UNKNOWN PURCHASERS OF CALL OPTIONS FOR THE COMMON STOCK OF DRS TECHNOLOGIES, INC. AND AMERICAN POWER CONVERSION CORP., | : : : : : : : | |
| Defendant. | : : | |

_____

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S APPLICATION
FOR EXTENSION OF TEMPORARY ORDER FREEZING ASSETS
AND GRANTING OTHER RELIEF**

Plaintiff, the Securities and Exchange Commission (the "Commission"), respectfully requests that the Court grant a ten-day extension, until August 15, 2008, of the temporary restraining order ("TRO") issued on July 25, 2008. The Commission seeks to extend the TRO instead of moving for a preliminary injunction, and requests that this application be heard on or before August 5, 2008, *in lieu* of the show cause hearing scheduled for 10:00 a.m. on that date.

In support of this application, the Commission has filed the Declaration of Kevin Guerrero and attachments thereto; the Declaration of Alberto A. Arevalo; a Memorandum of Points and Authorities; and a proposed Order.

Dated: Washington, D.C.
       August 1, 2008

                                    Respectfully submitted,

Of Counsel:                              s/Jeffery T. Infelise
    Antonia Chion                Jeffrey T. Infelise (DC 456998)
    Christopher Conte          Richard E. Simpson (RS5859)
    Daniel Chaudoin            100 F Street N.E.
    Mark J. Kreitman           Washington, D.C.  20549-4030
    Noel A. Gittens             202-551-4904
    Ivonia K. Slade             202-772- 9245 (FAX)
    E. Laurita Finch            infelisej@sec.gov
    Kevin Guerrero             simpsonr@sec.gov
    Ilana Z. Sultan

                                    Attorneys for Plaintiff
                                    Securities and Exchange Commission