UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SECURITIES AND EXCHANGE            :
COMMISSION,                         :
                                    :
            Plaintiff,              :
                                    :        Civil Action 08 cv 6609 (PAC)
      v.                            :
                                    :
ONE OR MORE UNKNOWN PURCHASERS      :
OF CALL OPTIONS FOR THE COMMON      :
 (PAC) STOCK OF DRS TECHNOLOGIES,   :
INC. D AMERICAN POWER CONVERSION    :
CORP.,                              :
                                    :
            Defendant.              :
                                    :
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 05 2008

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN NOTICE

Upon the motion of Richard E. Simpson, attorney for Plaintiff, the Securities and Exchange Commission, and said sponsoring attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's name: | Jeffery T. Infelise |
| Firm Name: | U.S. Securities and Exchange Commission |
| Address: | 100 F Street, N.E. |
| City/State/Zip: | Washington, D.C. 20549-4010 |
| Phone Number: | 202-551-4904 |
| Fax Number: | 202-722-9362 |

Is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 7/25/08

United States District Judge

Part I

Alvin K. Hellerstein