

Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    v.

ONE OR MORE UNKNOWN PURCHASERS
OF CALL OPTIONS FOR THE COMMON
STOCK OF DRS TECHNOLOGIES, INC.
AND AMERICAN POWER CONVERSION
CORP.,

        Defendant.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 5 2008

Civil Action No. 08-6609 (c(/s)

## ORDER

On the application of Plaintiff Securities and Exchange Commission ("Commission") for a ten-day extension, until August 15, 2008, of the temporary restraining order issued on July 25, 2008:

The Court, having considered the Complaint in this action, the Declarations of Kevin Guerrero and Alberto A. Arevalo and attachments thereto and the Memorandum of Points and Authorities in support of the Commission's Motion,

**IT IS HEREBY ORDERED** that, all the terms of the temporary restraining order issued on July 25, 2008, will remain in effect until August 8, 2008, at which time the hearing previously scheduled for August 5, 2008, will be held in Courtroom 11-C, United States Courthouse, New York, New York, at 3:30 PM. At that time defendants or their attorneys shall appear before this Court to show cause why this Court should not enter a preliminary

p.12

injunction extending the asset freeze and other ancillary relief entered in the Court's Order

of July 25, 2008 (doc. no. 3) until a final adjudication on the merits may be held.

A copy of this order shall be served in accordance with the process supply requirements set forth in the Original Order to Show Cause, dated 7/25/08

Dated this _____ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE