UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>– against –<br><br>ONE OR MORE UNKNOWN PURCHASERS OF CALL OPTIONS FOR THE COMMON STOCK OF DRS TECHNOLOGIES, INC. AND AMERICAN POWER CONVERSION CORP.,<br><br>*Defendants.* | 08 CIV 6609 (PAC)<br><br>**CORRALERO HOLDINGS, INC.'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Corralero Holdings, Inc. ("Corralero") (a non-governmental corporate party) certifies that Corralero has no parent corporation, and no publicly held corporation owns 10% or more of Corralero's stock.

Dated:  New York, New York
        August 27, 2008

Respectfully submitted,

/s/ Robert H. Hotz, Jr.
Robert H. Hotz, Jr.
Michael A. Asaro
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone (212) 872-1000
Fax (212) 872-1002
rhotz@akingump.com
masaro@akingump.com

Paul W. Butler
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.

Washington, D.C. 20036
Telephone (202) 887-4069
Fax (202) 887-4288
pbutler@akingump.com

*Attorneys for Defendant*
*Corralero Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2008, I caused a true and correct copy of the foregoing Corralero Holding, Inc.'s Rule 7.1 Statement to be served via this Court's ECF system, email and first-class mail upon the following:

>Richard E. Simpson
>Jeffrey T. Infelise
>Securities and Exchange Commission
>100 F Street N.E.
>Washington, D.C. 20549-4030

Dated: New York, New York
August 27, 2008

/s/ Robert H. Hotz, Jr.
Robert H. Hotz, Jr.