UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

– against –

ONE OR MORE UNKNOWN PURCHASERS OF CALL OPTIONS FOR THE COMMON STOCK OF DRS TECHNOLOGIES, INC. AND AMERICAN POWER CONVERSION CORP.,

*Defendants.*

08 CIV 6609 (PAC)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Robert H. Hotz, Jr. of Akin Gump Strauss Hauer & Feld LLP hereby appears in this action as counsel to Corralero Holdings, Inc. ("Corralero").

Dated: New York, New York
August 27, 2008

Respectfully submitted,

/s/ Robert H. Hotz, Jr.
Robert H. Hotz, Jr.
Michael A. Asaro
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone (212) 872-1000
Fax (212) 872-1002
rhotz@akingump.com
masaro@akingump.com

Paul W. Butler
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone (202) 887-4069
Fax (202) 887-4288
pbutler@akingump.com

*Attorneys for Defendant*
*Corralero Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served via this Court's ECF system, email and first-class mail upon the following:

> Richard E. Simpson
> Jeffrey T. Infelise
> Securities and Exchange Commission
> 100 F Street N.E.
> Washington, D.C. 20549-4030

Dated: New York, New York
       August 27, 2008

                                /s/ Robert H. Hotz, Jr.
                                Robert H. Hotz, Jr.