CROTTY/O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-14
```

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

     v.

GIANLUCA DI NARDO, et al.,

          Defendants.

Case No. 08-cv-06609-PAC

**ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES
OF TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of Jude P. Damasco in Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall issue a check on Court Registry Investment System ("CRIS") account number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.," for the amount of $1,749.44 payable to "Damasco & Associates LLP," for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Di Nardo, et al., Case Number 08-cv-6609-PAC, Inv. 2835."

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    700 Monte Vista Lane

1

Half Moon Bay, CA 94019
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 2/20/2014

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE