UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

          v.

GIANLUCA DI NARDO,
CORRALERO HOLDINGS, INC.,
OSCAR RONZONI,
PAOLO BUSARDO,
TATUS CORP., and
A-ROUND INVESTMENT, SA

          Defendants.

Case No. 1:08-cv-06609-PAC

Related Case: 08-cv-4520-PAC

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR, AND TO AUTHORIZE PAYMENT OF FUTURE TAXES, FEES, AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and to Authorize Payment of Future Taxes, Fees, and Expenses of the Tax Administrator, and the supporting Declaration of Jude P. Damasco In Support of Fee Request ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

    1.    The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") account number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.," for the amount of $2,261.60 payable to "Miller Kaplan Arase LLP" for

1

the payment of fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Di Nardo, et al.," case number 08-cv-6609-PAC, EIN XX-XXX2381.

    2.    The Clerk shall send the check by overnight mail to:

    Miller Kaplan Arase LLP

    4123 Lankershim Boulevard

    North Hollywood, CA 91602

    3.    The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

    4.    The Commission is authorized to approve and arrange payment of all future taxes, fees and expenses for services rendered by the Tax Administrator directly from the Fair Fund without further order of the Court.

Dated: 4/7/2020 , 2020

_____

United States District Judge