UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, :<br><br>Plaintiff, :<br><br>v. :<br><br>GIANLUCA DI NARDO,<br>CORRALERO HOLDINGS, INC.,<br>OSCAR RONZONI,<br>PAOLO BUSARDO,<br>TATUS CORP., and<br>A-ROUND INVESTMENT, SA :<br><br>Defendants. : | Case No. 1:08-cv-06609-PAC<br><br>Related Case: 08-cv-4520-PAC |

### [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations for the second and third quarters of 2023 and the supporting Declaration of Nicholas A. Sanchez In Support of Request to Make Tax Payment ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.," for the amount of $11,000.00 payable to "Miller Kaplan Arase LLP SEC Trust Account" for the payment of federal estimated tax liabilities for the second and third quarters of 2023 as provided in the Declaration. The check shall contain the notation "SEC v. Di Nardo, et al.," case number 1:08-cv-06609-PAC, EIN XX-XXX2381, Federal Estimated Tax Liabilities for the second and third quarters of 2023.

2. The Clerk shall send the check by certified mail to:

Miller Kaplan Arase LLP
275 Battery Street, Suite 1800
San Francisco, CA 94111
The Commission's counsel shall provide to the Court Registry the necessary overnight shipping information and the SEC's billing number.

Dated: 9/22, 2023

_____
United States District Judge