UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Case No. 08-cv-06609-PAC |
| GIANLUCA DI NARDO, et al., | : Related Case: 08-cv-4520-PAC |
| Defendants. | : |

---

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of Nicholas A. Sanchez in Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall issue a check on Court Registry Investment System ("CRIS") account number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.," for the amount of $1,774.84 payable to "Miller Kaplan Arase LLP," for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Di Nardo, et al., Case Number 08-cv-6609-PAC, Inv. 2835."

2. The Clerk shall send the check by overnight mail to:

   Miller Kaplan Arase LLP
   275 Battery Street

Suite 1800
San Francisco, CA 94111

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: January 3 2024

HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE