UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br>　　　　v.<br><br>GIANLUCA DI NARDO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:08-cv-06609-PAC<br><br>Related Case: 08-cv-4520-PAC |

**DECLARATION OF NICHOLAS A. SANCHEZ IN SUPPORT OF REQUEST TO MAKE TAX PAYMENT**

　　　　I, Nicholas A. Sanchez, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1.　　I am a partner of Miller Kaplan Arase LLP ("MKA") which acquired Damasco & Associates LLP ("Damasco"). MKA's Northern California office is located at 595 Market Street, Suite 920, San Francisco, CA 94105. I am an attorney licensed to practice in the State of California.

2.　　Damasco, now MKA, was appointed as Tax Administrator for the SEC v Di Nardo Distribution Fund ("Fund"), Case No. 1:08-cv-06609-PAC, in the Order to Appoint Tax Administrator filed on June 24, 2011.

3.　　As Tax Administrator, MKA has determined that the Fund owes $21,500 in federal estimated tax liabilities for the third quarter of 2024. This tax payment is due September 16, 2024.

4.　　Funds totaling $21,500 should be directed to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk for City

National Bank account ending -8990. The funds should be received in our account as soon as possible.

5.	The funds are to be transferred to a trust account from which the tax payment will be made. Therefore, the Employer Identification Number associated with the transfer of these funds is XX-XXX2381 because it is for tax payment on behalf of the Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2024 in Santa Barbara, California.

_____
Nicholas A. Sanchez