**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**SECURITIES AND EXCHANGE COMMISSION,**          08-cv-6609 (JGK)

        Plaintiff,                        <u>ORDER</u>

     - against –

**GIANLUCA DI NARDO, ET AL.,**

        Defendants.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for a conference in connection with the plaintiff's motion on **Friday, September 13, 2024,** at **12:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **August 29, 2024**         <u>/s/ John G. Koeltl</u>
                                             **John G. Koeltl**
                                     **United States District Judge**