UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,    08-cv-6609 (JGK)

              Plaintiff,    ORDER

- against -

ONE OR MORE UNKNOWN PURCHASERS OF
CALL OPTIONS FOR DRS TECHNOLOGIES,
INC., ET AL.,

             Defendants.

---

JOHN G. KOELTL, District Judge:

    The telephone conference scheduled for September 13, 2024 is adjourned to **September 25, 2024**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 3, 2024

                                                John G. Koeltl
                                    United States District Judge