UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GIANLUCA DI NARDO, et al.,<br><br>Defendants. | Case No. 1:08-cv-06609-PAC<br><br>Related Case:  08-cv-4520-PAC |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS**

The Court, having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion to Disburse Funds to Pay Tax Obligations and the supporting Declaration of Nicholas A. Sanchez in Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall issue payment on Court Registry Investment System ("CRIS") account number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.," for the amount of $21,048.49 payable to "Miller Kaplan Arase LLP," for the payment of $21,041 in federal tax for 2024 which was due on April 15, 2025, and $7.49 in federal late payment interest for the 2023 tax year, for a total of $21,048.49 as provided in the Declaration.

1

2. The Clerk shall send payment to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk for City National Bank account ending -8990.

Dated: 5/28/25

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE