**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| GIANLUCA DI NARDO, et al., | : |
| Defendants. | : |

Case No. 1:08-cv-06609-PAC

Related Case:   08-cv-4520-PAC

---

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX COMPLIANCE SERVICES

The Court, having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion to Disburse Funds to Pay Tax Compliance Services and the supporting Declaration of Nicholas A. Sanchez in Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall issue payment on Court Registry Investment System ("CRIS") account number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.," for the amount of $8,928.19 payable to "Miller Kaplan Arase LLP," for the payment of tax compliance services from October 31, 2023 through November 24, 2025 as provided in the Declaration.

1

2.  The Clerk shall send payment to the Miller Kaplan Arase LLP SEC Trust Account

using the EFT instructions already on file with the Clerk for City National Bank

account ending -8990.

Dated:    3/13/26

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE